# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United Pilots for Justice, Inc.<br>1712 Skyhawk Ct.<br>Port Orange, FL 32128 | ) |
| | ) |
| Mike Kelly<br>1712 Sky Hawk Ct.<br>Port Orange, FL 32128 | ) |
| | ) |
| Steve Chiles<br>1836 Summer Green Dr.<br>Port Orange, FL 32128 | )   Civil Action No. |
| | ) |
| Barry Butler<br>1632 S Josephine St.<br>Denver, CO 80210 | ) |
| | ) |
| Woody Eppelscheimer<br>1068 NCR 23<br>Berthoud, CO 80513 | ) |
| | ) |
| Ron Blash<br>848 7th St.<br>Lake Oswego, OR 97034 | ) |
| | ) |
| Raymond Brice<br>700 New Hampshire Ave. NW # 717<br>Washington, DC 20024 | ) |
| | ) |
| John Adams<br>8520 Warde Terr.<br>Potomac, MD 20854 | ) |
| | ) |
| James Allen<br>236 Huntsfield Dr.<br>Elverson, PA 19520 | ) |
| | ) |
| Michael Allum<br>12359 N. Copper Spring Trl.<br>Oro Valley, AZ 85755 | ) |
| | ) |

Clarence Anderson )
P.O. Box 1421 )
Frisco, CO 80443 )
)
Charles Anderson )
3299 Lake View Dr. )
Pinetop, AZ 85935 )
)
Stanley Anderson )
P.O. Box 1105 )
Penngrove, CA 94951 )
)
James Arthur )
785 Vasona St. )
Milpitas, CA 95035 )
)
LC Atkins )
140 Caldwell Farm Rd. )
Senoia, GA 30276 )
)
Gary Babcock )
20148 Village 20 )
Camarillo, CA 93012 )
)
Jerry Baer )
313 Harold Ct. )
Loveland, CO 80537 )
)
Paul Bailey )
P.O. Box 1978 )
Franktown, CO 80116 )
)
John Baker )
216 Rainbow Dr. PMB 11671 )
Livingston, TX 77399 )
)
Roger Baker )
2776 Olympia Dr. )
Carlsbad, CA 92010 )
)
Dwight Bales )
P.O. Box 1136 )
Bailey, CO 80421 )
)
)
)

Alan Black                          )
5431 Tanager Ln.                    )
Blaine, WA 98230                    )
                                    )
Robert Blue                         )
13121 Louetta Rd. #300              )
Cypress, TX 77429                   )
                                    )
Carlos Bonner                       )
P.O. Box 1798                       )
Discovery Bay, CA 94505             )
                                    )
Jon Boston                          )
3116 Faiss Dr.                      )
Las Vegas, NV 89134                 )
                                    )
James Bouris                        )
400 Hobron Ln. # 2415               )
Honolulu, HI 96815                  )
                                    )
Richard Boyer                       )
365 Eden Dr.                        )
Englewood, FL 34223                 )
                                    )
Gerald Bradley                      )
866 NE Orchid Bay Dr.               )
Boca Raton, FL 33487                )
                                    )
John Brady                          )
P.O. Box 160                        )
Underwood, WA 98651                 )
                                    )
Terrence Brady                      )
1431 Prouty Dr.                     )
Evergreen, CO 80439                 )
                                    )
John Braun                          )
133 Crest Ave.                      )
Alamo, CA 94507                     )
                                    )
Gary Breland                        )
8790 SE Riverfront Terr.            )
Tequesta, FL 33469                  )
                                    )
                                    )
                                    )

Richard Bromwich                    )
36 Devonshire Ct.                   )
Middletown, NJ 07748                )
                                    )
James Brooks                        )
P.O. Box 1938                       )
Gig Harbor, WA 98335                )
                                    )
Rick Brown                          )
3640 Aruba Ct.                      )
Punta Gorda, FL 33950               )
                                    )
Carter Brusch                       )
13592 Thorncreek Cir.               )
Thornton, CO 80241                  )
                                    )
Ulus Buice                          )
6722 Lakeview Dr.                   )
Boulder, CO 80303                   )
                                    )
Kenneth Burbeck                     )
P.O. Box 1090                       )
Weimar, CA 95736                    )
                                    )
Samuel Burns                        )
15833 S 36th St.                    )
Phoenix, AZ 85048                   )
                                    )
Ralph Butcher                       )
46077 Deep Canyon Rd.               )
Palm Desert, CA 92260               )
                                    )
Robert Cabeen                       )
3616 Ridge Point Dr.                )
Geneva, IL 60134                    )
                                    )
Patrick Caldwell                    )
P.O. Box 63                         )
Genoa, NV 89411                     )
                                    )
Anthony Campagna                    )
249 Lynbrook St.                    )
Henderson, NV 89012                 )
                                    )
                                    )

Stephen Carignan                    )
1044 Terracina Dr.                  )
El Dorado Hills, CA 95762           )
                                    )
Richard Carlton                     )
130 Ocean Beach Trl.                )
Vero Beach, FL 32963                )
                                    )
Steve Carpenter                     )
2308 Hearth Dr. Apt 35              )
Evergreen, CO 80439                 )
                                    )
Ernie Carpico                       )
108 Bells Walk Ct.                  )
Holly Springs, NC 27540             )
                                    )
William Carter                      )
164 Hoopolua Dr.                    )
Makawao, HI 96768                   )
                                    )
Michael Casey                       )
5265 Morning Sky Ln.                )
Tucson, AZ 85747                    )
                                    )
Duane Chance                        )
3445 Sundown Blvd.                  )
Denton, TX 76210                    )
                                    )
William Cherwin                     )
140 Dole Ave.                       )
Crystal Lake, IL 60014              )
                                    )
Alan Chesterman                     )
3673 Green Hill Dr.                 )
Sant Rosa, CA 95404                 )
                                    )
Garry Clark                         )
57 Foxwood Tr.                      )
Poplar Bluff, MO 63901              )
                                    )
Edwin Clements                      )
41265 N. Kachina Rd.                )
Cave Creek, AZ 85331                )
                                    )
                                    )

Donald Cobb                          )
P.O. Box 61                          )
Woodinville, WA 98072                )
                                     )
Billy Cochran                        )
1577 Ruckel Dr.                      )
Niceville, FL 32578                  )
                                     )
Gordon Cohen                         )
12000 Meadow Lake Dr.                )
Argyle, TX 76226                     )
                                     )
Howard Cohen                         )
P.O. Box 4316                        )
Englewood, CO 80155                  )
                                     )
James Colligan                       )
474 Taconic Rd.                      )
Greenwich, CT 06831                  )
                                     )
Patrick Collins                      )
47-394 Manaena St.                   )
Kaneohe, HI 96744                    )
                                     )
Jan Conover                          )
219 S Shore Dr.                      )
Toms River, NJ 08753                 )
                                     )
Larry Cook                           )
4557 West 105th Way                  )
Westminster, CO 80031                )
                                     )
Gene Couvillion                      )
8807 Fort Dr.                        )
Manassas, VA 20110                   )
                                     )
Jack Cowles                          )
4109 El Bosque Dr.                   )
Pebble Beach, CA 93953               )
                                     )
Gerald Cox                           )
5344 Clifford Ct.                    )
Stanton, MI 48888                    )
                                     )
                                     )

Doug Crandall                                    )
5 Glen Canyon Pl.                                )
The Woodlands, TX 77381                          )
                                                 )
Kenneth Cunningham                               )
6430 W Pinnacle Peak Rd.                         )
Glendale, AZ 85310                               )
                                                 )
Robert Curtiss                                   )
580 Welshire Dr.                                 )
Bay Village, OH 44140                            )
                                                 )
Jim Custis                                       )
1401 Wewatta St. #607                            )
Denver, CO 80202                                 )
                                                 )
Dwight Daley                                     )
165 OakShadow Dr.                                )
Santa Rosa, CA 95409                             )
                                                 )
John Danahy                                      )
17165 SE 84th Knight Ave.                        )
The Villages, FL 32162                           )
                                                 )
Denis Darida                                     )
34354 Lakeside Dr.                               )
Grayslake, IL 60030                              )
                                                 )
Joseph D'Aurora                                  )
306 Wooded Valley Dr.                            )
New Albany, IN 47150                             )
                                                 )
John Davis                                       )
1640 River Queen Ln.                             )
Steamboat Springs, CO 80487                      )
                                                 )
Theodore Davis                                   )
137 Pinewood Rd.                                 )
Virginia Beach, VA 23451                         )
                                                 )
Steve Davis                                      )
8229 Red Rock Pl.                                )
Larkspur, CO 80118                               )
                                                 )
                                                 )

|  |  |
|---|---|
| Edward Davis | ) |
| 2818 NW 43rd Pl. | ) |
| Cape Coral, FL 33993 | ) |
|  | ) |
| Michael Day | ) |
| 12785 W 88th Ave. | ) |
| Arvada, CO 80005 | ) |
|  | ) |
| Michael De Meo | ) |
| 33 Highview Dr. | ) |
| Huntington, NY 11743 | ) |
|  | ) |
| Robert Deichl | ) |
| 12295 Emig Dr. | ) |
| Levenworth, WA 98826 | ) |
|  | ) |
| Thomas Delashmutt | ) |
| 63567 230th St. | ) |
| Glenwood, IA 51534 | ) |
|  | ) |
| Peter Dempsey | ) |
| 1955 Day Island Blvd. W | ) |
| University Place, WA 98466 | ) |
|  | ) |
| Patrick Devlin | ) |
| 11566 S Indian River Dr. | ) |
| Sebastian, FL 32958 | ) |
|  | ) |
| Joseph D'Hemecourt | ) |
| 2924 Oakbrook Ln. | ) |
| Fort Lauderdale, FL 33332 | ) |
|  | ) |
| Paul Dibble | ) |
| 103 Dorie Dr. | ) |
| Belmont, NC 28012 | ) |
|  | ) |
| Robert Dietrich | ) |
| 32240 County Rd. 17 | ) |
| Elizabeth, CO 80107 | ) |
|  | ) |
| Robert Disse | ) |
| 11331 Lindbergh Ln. | ) |
| Poplar Grove, IL 61065 | ) |
|  | ) |
|  | ) |

Lionel Dixon )
7220 Lake Farm Ave. )
Las Vegas, NV 89131 )
)
Todd Donohue )
4 Island Trl. )
Sparta, NJ 07871 )
)
Bruce Douglas )
31 Captains Walk )
Palm Coast, FL 32137 )
)
Thomas Dowd )
18 Downing Dr. )
Covington, LA 70433 )
)
John Draper )
4332 MacRonald Dr. )
La Mesa, CA 91941 )
)
James Druyor )
1915 Jamaca Way )
Punta Gorda, FL 33950 )
)
David Dryer )
31001 Peace St. )
Punta Gorda, FL 33982 )
)
Frederick Dubinsky )
2 Whisperwood )
Hunting Valley, OH 44022 )
)
Wayne Dye )
31972 Paseo Sagrado )
San Juan Capistrano, CA 92675 )
)
David Dyer )
1354 Denver St. )
Boulder City, NV 89005 )
)
George Emory )
1474 N Fairview Ave. )
Goleta, CA 93117 )
)
)

Richard Fairbanks                         )
18 Calhoun                                )
Irvine, CA 92620                          )
                                          )
Dennis Fairbrother                        )
360 Hawlin Rd.                            )
Woodville, VA 22749                       )
                                          )
Thomas Fanta                              )
1133 Race St. # 17B                       )
Denver, CO 80206                          )
                                          )
Rod Farley                                )
2520 Peters Dr.                           )
Longview, WA 98632                        )
                                          )
Robert Feidler                            )
4 Bellview Blvd. # 703                    )
Belleair, FL 33756                        )
                                          )
Dennis Fendelander                        )
928 Paseo Santa Cruz                      )
Newbury Park, CA 91320                    )
                                          )
Donald Fett                               )
1328 W park St.                           )
Arlington Heights, IL 60005               )
                                          )
Wes Fetzer                                )
1020 Tuggle Creek                         )
Greensboro, GA 30642                      )
                                          )
Al Fink                                   )
16566 N Fox Rd.                           )
Lodi, CA 95240                            )
                                          )
Michael Fitch                             )
304 Valentine Acres Rd.                   )
Clearville, PA 15535                      )
                                          )
Jillson Fleener                           )
P.O. Box 779                              )
Waianae, HI 96792                         )
                                          )
                                          )

Donald Forrester )
8209 E Sunset View Dr. )
Gold Canyon, AZ 85118 )
)
Hugh Forsythe )
527 Fortress Circle SE )
Leesburg, VA 20175 )
)
James Francis )
1915 Austin Terr. )
Winter Haven, FL 33884 )
)
John Francis )
37 Shorewood Dr. )
Bellingham, WA 98225 )
)
Wayne Frazior )
P.O. Box 925 )
Camp Wood, TX 78833 )
)
Lary Freeman )
P.O. Box 8479 )
Incline Village, NV 89452 )
)
Michael Gallagher )
142 Alpine Trl. )
Sparta, NJ 07871 )
)
Philip Garcia )
519-F NE 81st St. #109 )
Vancouver, WA 98665 )
)
Lawrence Gardner )
288 Argyle Rd. )
Chesire, CT 06410 )
)
Joeseph Gareffa )
P.O. Box 4763 )
Incline Village, NV 89450 )
)
Richard Gercken )
P. O. Box 833 )
Langley, WA 98260 )
)
)

James Gerken                          )
1299 Uluniu Rd.  B-202                )
Kihei, HI 96753                       )
                                      )
Bruce Gibbs                           )
5195 Shore Dr.                        )
Carlsbad, CA 92008                    )
                                      )
Herbert Giefer                        )
30416 Snowbird Ln.                    )
Evergreen, CO 80439                   )
                                      )
Dennis Giesea                         )
13882 Mauve Dr.                       )
Santa Ana, CA 92705                   )
                                      )
William Gillmor                       )
P.O. Box 1431                         )
La Conner, WA 98257                   )
                                      )
Richard Gomes                         )
17981 Jayhawk Dr.                     )
Penn Valley, CA 95946                 )
                                      )
Richard Goudey                        )
1859 Seclusion Dr.                    )
Port Orange, FL 32128                 )
                                      )
David Graham                          )
840 N Shore Dr.                       )
Crystal Lake, IL 60014                )
                                      )
Robert Grammer                        )
44 Laurel Ave.                        )
Larkspur, CA 94939                    )
                                      )
Neil Granley                          )
5208 134th Pl. N E                    )
Bellvue, WA 98005                     )
                                      )
Milt Gray                             )
799 Scott Dr.                         )
Elgin, IL 60123                       )
                                      )
                                      )

Haines Gridley III                          )
2757 Apple Orchard Ln.                      )
Riverside, CA 92506                         )
                                            )
Lawrence Grihalva                           )
56 E Serene Ave. #120                       )
Las Vegas, NV 89123                        )
                                            )
James Grosswiler                            )
28575 Star Ln.                              )
Bigfork, MT 59911                          )
                                            )
Curtis Guess                               )
2338 Sandstone Cliffs Dr.                  )
Henderson, NV 89044                        )
                                            )
Fred Gumpert                               )
1642 Rivera Ct.                            )
Boulder City, NV 89005                     )
                                            )
Richard Gurrieri                           )
5829 Fox Run Ct.                           )
Parker, CO 80134                           )
                                            )
Robert Hahn                                )
245 Leonard Wood N                         )
Highland Park, IL 60035                    )
                                            )
Glenn Hall                                 )
6675 110th Pl.                             )
Sebastion, FL 32958                        )
                                            )
Harvey Hallberg                            )
24099 Redfish Cove                         )
Punta Gorda, FL 33955                      )
                                            )
Jay Halstead                               )
11537 Snow Creek Ave.                      )
Las Vegas, NV 89135                        )
                                            )
Jim Handshaw                               )
723 Hilltop Dr.                            )
New Cumberland, PA 17070                   )
                                            )
                                            )

Larry Hanes                           )
2011 Oliver Springs St.               )
Henderson, NV 89052                   )
                                      )
Magnus Hansen                         )
4229 NCR 11C                          )
Loveland, CO 80538                    )
                                      )
James Hanson                          )
P.O. Box 488                          )
Belvidere, IL 61008                   )
                                      )
Jack Hareland                         )
12352 N Fallen Shadows Dr.            )
Marana, AZ 85658                      )
                                      )
Allen Harinck                         )
545 Leicester Ln.                     )
Castle Rock, CO 80108                 )
                                      )
William Harris                        )
4 Perch Bay Dr. # 6                   )
Johnson Lake, NE 68937                )
                                      )
Susan Harrison                        )
432 Ocean Grove Cir.                  )
St. Augustine, FL 32080               )
                                      )
Thomas Harry                          )
701 Dogwood Terr.                     )
Boiling Springs, PA 17007             )
                                      )
Thomas Harvey                         )
1013 Georgia Dr.                      )
Elk Grove Village, IL 60007           )
                                      )
Edward Hasslebarth                    )
4411 Timber Ct.                       )
Passadena, TX 77505                   )
                                      )
James Hastings                        )
851 Irwin St. Suite 206               )
San Rafael, CA 94901                  )
                                      )
                                      )

Jerry Hathaway                              )
8128 Chehalis Rd.                           )
Blaine, WA 98230                            )
                                            )
James Hauk                                  )
57690 Sunnyslope Dr.                        )
Yucca Valley, CA 92284                      )
                                            )
Fred Hayes                                  )
P.O. Box 130                                )
Temecula, CA 92593                          )
                                            )
Vincent Hayes Jr.                           )
11 Belleza Ct.                              )
Hot Springs Village, AR 71909               )
                                            )
Robert Heckendorn                           )
8156 Avery Ln.                              )
Sedro Woolley, WA 98284                     )
                                            )
Edward Heilbrun                             )
3370 Brae Bourn Rd.                         )
Huntingdon Valley, PA 19006                 )
                                            )
Robert Helfferich                           )
21409 60th St.                              )
Bristol, WI 53104                           )
                                            )
Karl Hemeyer                                )
979 Sugar Springs Dr.                       )
Las Vegas, NV 89110                         )
                                            )
Larry Henderson                             )
14 Celine Ct.                               )
Danville, CA 94526                          )
                                            )
Paul Herman                                 )
2204 Morrison Ln.                           )
Fairfield, CA 94534                         )
                                            )
Nicholas Hinch                              )
P.O. Box 10                                 )
Parker, CO 80134                            )
                                            )
                                            )

Richard Hinnenkamp )
2880 Holiday Ct. )
Morgan Hill, CA 95037 )
)
Randolph Hinz, Jr. )
17 Melinda Ln. )
Petaluma, CA 94952 )
)
Jerry Hofacket )
632 Montecito Blvd. )
Napa, CA 94559 )
)
Allan Holmes )
10013 South Beach Dr. )
Bainbridge Island, WA 98110 )
)
Edward Hopkins )
137 Hiawatha Trl. )
Highland Park, IL 60035 )
)
Anthony Horne )
14325 137th Ave. E )
Puyallup, WA 98374 )
)
James Hosking )
24100 Mirasol Way )
Temecula, CA 92590 )
)
Robert Howard )
1982 SR 44 # 164 )
New Smyrna Beach, FL 32168 )
)
Dennis Howard )
1433 Perry St. Unit 201 )
Des Plaines, IL 60016 )
)
Charles Hughes )
78 Tiburon Dr. )
The Hills, TX 78738 )
)
Michael Humphreys )
799 Crums Chruch Rd. )
Berryville, VA. 22611 )
)
)

Larry Hunsberger          )
1200 Columbia Hill Rd.    )
Reno, NV 89508         )
                                   )
Richard Husted, Jr.       )
905 River Terr.          )
Johnsburg, IL 60051     )
                                   )
Dryke Hutchinson        )
208 Smokerise Blvd.     )
Longwood, FL 32779     )
 )
Jerry Innella            )
627 Sidney Rd. W        )
Pittstown, NJ 08867     )
 )
DeLloyd Jacobson        )
407 Stonecastle Way     )
Vacaville, CA 95687     )
 )
Steve Jakubowski        )
228 Prospect Bay Dr. W  )
Grasonville, MD 21638   )
 )
Richard Jameson         )
6151 Seneca Ct.          )
Grove City, OH 43123    )
 )
Gerald Johnson          )
1017 Norellat Rd.        )
Henderson, NV 89011    )
 )
Thomas Johnston, Jr.    )
7360 S. Jay St.          )
Littleton, CO 80128     )
 )
John Jones              )
P.O. Box 434           )
Los Olivos, CA 93441    )
 )
Thomas Jones           )
9250 Indian Mound Rd.  )
Pickerington, OH 43147   )
 )
 )

Bruce Jorgensen                                 )
13706 Bald Cypress Cir.                         )
Ft. Myers, FL 33907                             )
                                                )
Richard Kaapuni                                 )
1330 Ala Moana Blvd. # 707                      )
Honolulu, HI 96814                              )
                                                )
Charles Kahl                                    )
5994 Watson Dr.                                 )
Fort Collins, CO 80528                          )
                                                )
Larry Kanaster                                  )
2532 Fremont St.                                )
Tacoma, WA 98406                                )
                                                )
Robert Karlonas                                 )
2255 Waynesboro Ct.                             )
Henderson, NV 89044                             )
                                                )
Martin Kee                                      )
30155 Burrough Valley Rd.                       )
Tollhouse, CA 93667                             )
                                                )
Patrick Keeley                                  )
1056 Grassland Dr.                              )
Idaho Falls, ID 83404                           )
                                                )
Russell Kellum                                  )
19201 Harleigh Dr.                              )
Saratoga, CA 95070                              )
                                                )
Leslie Kero                                     )
711 Goldenrod Ct.                               )
Crystal Lake, IL 60014                          )
                                                )
Henry Kerr III                                  )
27013 Pacific Hwy. S Box 282                    )
Des Moines, WA 98198                            )
                                                )
Freddy Kirk                                     )
1757 Green Acres Ln.                            )
Fairfield, CA 94534                             )
                                                )
                                                )

Robert Kraft                                          )
628 Aviator Dr.                                       )
Fort Worth, TX 76179                                  )
                                                      )
John Krenitsky                                        )
15015 W Mark Dr.                                      )
New Berlin, WI 53151                                  )
                                                      )
Daniel Kroencke                                       )
19232 N. Cathedral Point Ct.                          )
Surprise, AZ 85387                                    )
                                                      )
Thomas Krueger                                        )
942 Sahalee Ct. SE                                    )
Salem, OR 97306                                       )
                                                      )
Thomas Kuehn                                          )
964 Stone Lake                                        )
Ormond Beach, FL 32174                                )
                                                      )
William Lamberton                                     )
6520 80th Ave. SE                                     )
Mercer Island, WA 98040                               )
                                                      )
Thomas LaTourrette                                    )
29959 Denali Ln.                                      )
Evergreen, CO 80439                                   )
                                                      )
James Lattimer                                        )
19 Parkway Rd.                                        )
Bronxville, NY 10708                                  )
                                                      )
Melville Lawrence                                     )
263 Robin Dr.                                         )
Sarasota, FL 34236                                    )
                                                      )
Robert Lawrence                                       )
1624 Candace Way                                      )
Los Altos, CA 94024                                   )
                                                      )
Kenneth Ledwith                                       )
310 Cardiff Ct.                                       )
Granite Bay, CA 95746                                 )
                                                      )
                                                      )

llow Leggett, Jr.                         )
P.O. Box 400                              )
Rixeyville, VA 22737                      )
                                          )
Lynn Lesage                               )
1790 Ratcliff Rd.                         )
Carlsbad, CA 92008                        )
                                          )
James Lewis                               )
6336 Sailboat Ave.                        )
Tavares, FL 32778                         )
                                          )
Robert Lindsey                            )
14999 Wunderlich #126                     )
Houston, TX 77069                         )
                                          )
Harold Lloyd                              )
146 Gulfview Dr.                          )
Islamorada, FL 33036                      )
                                          )
Gary Longfellow                           )
3337 Cherry Plum Pl.                      )
Castle Rock, CO 80104                     )
                                          )
Pedro Lopez                               )
6039 Collins Ave. # 917                   )
Miami Beach, FL 33140                     )
                                          )
Henry Lopez-Cepero                        )
60 Toddy Hill Rd.                         )
Sandy Hook, CT 06482                      )
                                          )
Robert Lovern                             )
15490 Enstrom Rd.                         )
Wellington, FL 33414                      )
                                          )
Proctor Lucius, Jr.                       )
920 Anatra Ct.                            )
Carlsbad, CA 92011                        )
                                          )
Kenneth Lund                              )
12323 Lackawanna Ln.                      )
Port Charlotte, FL 33953                  )
                                          )
                                          )

Doug Lund                                          )
470 Columbine Ln.                                  )
West Chicago, IL 60185                             )
                                                   )
Larry Lutz                                         )
2314 Magda Cir.                                    )
Thousand Oaks, CA 91360                            )
                                                   )
Richard Lynch                                      )
9622 Camino Capistrano Ln.                         )
Las Vegas, NV 89147                                )
                                                   )
JoBeth Lynch                                       )
680 Fairfax Way                                    )
Williamsburg, VA 23185                             )
                                                   )
Glenn Lyons                                        )
4922 W Village Blvd. #5                            )
Rathdrum, ID 83858                                 )
                                                   )
Frank Lyons                                        )
817 Stark Cir.                                     )
Yardley, PA 19067                                  )
                                                   )
Robert Magdaleno                                   )
6645 Schoolhouse Ln. P.O. Box 325                  )
Royal Oak, MD 21662                                )
                                                   )
Jay Mallory                                        )
111 Pristine Ct.                                   )
Summerville, SC 29485                              )
                                                   )
Edward Manning                                     )
141 Mc Kay Rd.                                     )
Aptos, CA 95003                                    )
                                                   )
Rudy Mapelli                                       )
26231 Clear View Dr.                               )
Golden, CO 80401                                   )
                                                   )
Jesse Marker                                       )
1716 65th Ave. NE                                  )
Tacoma, WA 98422                                   )
                                                   )
                                                   )

Richard Markgraf                                    )
P.O. Box 2046                                       )
Evergreen, CO 80437                                 )
                                                    )
Russell Marsh                                       )
1159 321st Rd.                                      )
Rifle, CO 81650                                     )
                                                    )
Clark Martin                                        )
P.O. Box 377                                        )
Conifer, CO 80433                                   )
                                                    )
Roger Martin                                        )
412 Heliotrope Ave.                                 )
Corona Del Mar, CA 92625                            )
                                                    )
David Martone                                       )
2880 NE 45 St.                                      )
Lighthouse Point, FL 33064                          )
                                                    )
Michael McBride                                     )
5419 Quail Run                                      )
Blaine, WA 98230                                    )
                                                    )
Larry McCaskill                                     )
7762 False River Rd.                                )
Oscar, LA 70762                                     )
                                                    )
George McCullough                                   )
4431 Boardwalk Ln.                                  )
Santa Maria, CA 93455                               )
                                                    )
Larry McFarland                                     )
3301 Willow Run Dr.                                 )
Merced, CA 95340                                    )
                                                    )
James McGaan                                        )
7687 Peeble Creek Cir. # 302                        )
Naples, FL 34108                                    )
                                                    )
Gary McGaughey                                      )
3851 S Quebec St.                                   )
Denver, CO 80237                                    )
                                                    )
                                                    )
                                                    )

Brian McGee )
543 Westgate Dr. )
Napa, CA 94558 )
)
J.R. Mcgrath )
8403 Pioneer Cir. )
Rapid City, SD 57702 )
)
William McGuire )
2125 Ranch Ct. )
Napa, CA 94558 )
)
Jim McKinstry )
3750 Weld County Rd. # 32 )
Mead, CO 80542 )
)
Richard McMakin )
24926 Nobottom Rd. )
Olmsted  Falls, OH 44138 )
)
Bertram McMillen )
6830 S. Cartee Rd. )
Palmetto Bay, FL 33158 )
)
Walter McNamara )
2016 Hydes Cor. )
Trent Woods, NC 28562 )
)
Hans Miesler )
2070 15th St. )
Penrose, CO 81240 )
)
Robert Meloche )
508 19th St. )
Huntington Beach, CA 92648 )
)
James Mennella )
4647 E Palo Brea Ln. )
Cave Creek, AZ 85331 )
)
Robert Mierau )
P.O. Box 5625 )
Glenbrook, NV 89413 )
)
)
)

Scott Mikkelsen                                )
2395 E Cherokee Dr.                            )
Woodstock, GA 30188                            )
                                               )
Eric Miller                                    )
P.O. Box 278                                   )
Running Springs, CA 92382                      )
                                               )
John Miller                                    )
6600 Sunset Way # 405                          )
St. Pete Beach, FL 33706                       )
                                               )
Jon Miller                                     )
420 E. Waterside Dr. Apt. 3910                 )
Chicago, IL 60601                              )
                                               )
Craig Mills                                    )
5688 Red Fern Ct.                              )
Littleton, CO 80125                            )
                                               )
Alexander Milotich                             )
12297 Adine Ct.                                )
Glenn Ellen, CA 95442                          )
                                               )
Richard Mitchell                               )
15 Sherwood Rd.                                )
Rancho Mirage, CA 92270                        )
                                               )
Robert Mitchell                                )
2193 Bayou View Cir.                           )
Gautier, MS 39553                              )
                                               )
Stephen Moddle                                 )
825 Pelican Bay Dr.                            )
Daytona Beach, FL 32119                        )
                                               )
Rich Moen                                      )
536 S 1st St.                                  )
West Dundee, IL 60118                          )
                                               )
Wayne Mooneyham                                )
1350 Squirrel Creek Pl.                        )
Auburn, CA 95602                               )
                                               )
                                               )
                                               )

24

John Moore                            )
914 Palm Brook Dr.                    )
Melbourne, FL 32940                   )
                                      )
James Morehead                        )
P.O. Box 1978                         )
Nags Head, NC 27959                   )
                                      )
Dennis Morell                         )
157 William St.                       )
Catskill, NY 12414                    )
                                      )
Howard Morgan                         )
1932 Amethyst Dr.                     )
Longmont, CO 80501                    )
                                      )
J.M. Morgan                           )
978 Aaron Ave.                        )
Bainbridge Island, WA 98110           )
                                      )
Bill Mullen                           )
1540 Ocean Bay Dr.                    )
Key Largo, FL 33037                   )
                                      )
Clarence Mumford                      )
5682 W. Hunters Ridge Cir.            )
Lecanto, FL 34461                     )
                                      )
Bruce Munroe                          )
9243 W 107th Pl.                      )
Westminster, CO 80021                 )
                                      )
H Steen Munter                        )
729 Saddle Ridge                      )
Crystal Lake, IL 60012                )
                                      )
Joeseph Murphy                        )
78-6800 Alii Dr.  Apt. 4-304          )
Kailua Kona, HI 96740                 )
                                      )
David Murtha                          )
3118 Glendevey Dr.                    )
Loveland, CO 80538                    )
                                      )
                                      )
                                      )

John Myer                               )
5680 S Kalispell St.                    )
Centennial, CO 80015                    )
                                        )
E.H. Myers                              )
1817 Wright Dr.                         )
Port Orange, FL 32128                   )
                                        )
Paul Myers                              )
5599 Aldrich Rd.                        )
Bellingham, WA 98226                    )
                                        )
Taylor Neff                             )
7132 S Irvington Ct.                    )
Aurora, CO 80016                        )
                                        )
James Neighbor                          )
10405 W 52nd Terrace                    )
Shawnee, KS 66203                       )
                                        )
Paul Nibur                              )
6497 E Appaloosa Ave.                   )
Clovis, CA 93619                        )
                                        )
Kurt Nimmergut                          )
244 Flornce Ave.                        )
Barrington, IL 60010                    )
                                        )
George Nolly                            )
1608 Rosedale St.                       )
Castle Rock, CO 80104                   )
                                        )
Robert O'Brien                          )
10453 Dunsford Dr.                      )
Lone Tree, CO 80124                     )
                                        )
Samuel O'Daniel                         )
2182 Augusta Dr.                        )
Evergreen, CO 80439                     )
                                        )
Robert Oglesby                          )
12 Lake Meadow Ln.                      )
Washoe Valley, NV 89704                 )
                                        )
                                        )
                                        )

Dale Olsen                        )
13520 North Mt. Howe Rd.          )
Cove, UT 84320                    )
                                  )
Larry Olson                       )
11125 Park Blvd. Suite 104-111    )
Seminole, FL 33772                )
                                  )
Harlow Osteboe                    )
21422 Mead Ave. Box 204           )
Wilton, WI 54670                  )
                                  )
David Ott                         )
P.O. Box 9080                     )
Incline Village, NV 89450         )
                                  )
Kent Owen                         )
44301 S Fork Dr. P.O. Box 308     )
Three Rivers, CA 93271            )
                                  )
Tony Passannante                  )
12675 SE Hacienda Dr.             )
Boring, OR 97089                  )
                                  )
Ralph Pate                        )
8041 E. Juan Tabo Rd.             )
Scottsdale, AZ 85255              )
                                  )
V.R. Patterson                    )
110 Rohrbaugh Rd.                 )
Fairfield, PA 17320               )
                                  )
Garrett Paull                     )
74 Horseshoe Dr.                  )
Joplin, MO 64804                  )
                                  )
Doug Pearson                      )
13550 FM 2450                     )
Sanger, TX 76266                  )
                                  )
Lawrence Peterson                 )
1056 County Rd. 65                )
Evergreen, CO 80439               )
                                  )
                                  )
                                  )

27

Dennis Pettet                                )
71 Woodward Ave.                             )
Sausalito, CA 94965                          )
                                             )
Don Pfeiffer                                 )
2705 Stearman St.                            )
Poplar Grove, IL 61065                       )
                                             )
Charles Pierce                               )
480 Gold Bullion Dr. E                       )
Dawsonville, GA 30534                        )
                                             )
Arnold Pilkington                            )
100 Club Dr. Ste. 134                        )
Burnsville, NC 28714                         )
                                             )
Eanest Pinson                                )
P.O. Box 4450                                )
Eagle, CO 81631                              )
                                             )
Alan Pittman                                 )
12499 81st Ct.                               )
Seminole, FL 33772                           )
                                             )
Clifford Pitts                               )
5700 Quaking Aspen Rd.                       )
Reno, NV 89510                               )
                                             )
Michael Polansky                             )
P.O. Box 429 211 Clearview Ln.               )
Stevenson, WA 98648                          )
                                             )
M.C. Poleski                                 )
11361 Lindberg Ln.                           )
Poplar Grove, IL 61065                       )
                                             )
Daniel Porter                                )
160 Pendegast St.                            )
Woodland, CA 95695                           )
                                             )
Joshua Rabinowitz                            )
2538 Farisita Dr.                            )
Loveland, CO 80538                           )
                                             )
                                             )
                                             )

Allard Rasmussen                    )
6216 W Roxbury Pl.                  )
Littleton, CO 80128                 )
                                    )
Dennis Rayfield                     )
4801 Deanscroft Dr.                 )
Charlotte, NC 28226                 )
                                    )
James Razmus                        )
6420 Valencia Dr.                   )
Rockford, MI 49341                  )
                                    )
Timothy Rea                         )
4501 Posey County Line Rd. S        )
Evansville, IN 47712                )
                                    )
Michael Reich                       )
37100 S Rock Crest Dr.              )
Tucson, AZ 85739                    )
                                    )
Robert Reid                         )
4661 Forest Ave. SE                 )
Mercer Island, WA 98040             )
                                    )
Daniel Renfro                       )
115 Smith Creek Dr.                 )
Los Gatos, CA 95030                 )
                                    )
John Rensch                         )
451 Haven Point Dr.                 )
Treasure Island, FL 33706           )
                                    )
Douglas Richmond                    )
3736 77th Pl. SE                    )
Mercer Island, WA 98040             )
                                    )
R Dale Richter                      )
1730 Basin St.                      )
Merritt Island, FL 32953            )
                                    )
David Ringwalt, Jr.                 )
1300 Penguin Ct.                    )
Punta Gorda, FL 33950               )
                                    )
                                    )
                                    )

Robert Ritchie                          )
11537 Sagewood Ln.                      )
Parker, CO 80138                        )
                                        )
David Roberts                           )
117 Lochvale Ln.                        )
Cary, NC 27511                          )
                                        )
Harry Robertson                         )
3696 Sky Harbor Dr.                     )
Coeur d'Alene, ID 83814                 )
                                        )
Gean Rockhill                           )
105 Baltusrol                           )
Williamsburg, VA 23188                  )
                                        )
Fred Rodgers                            )
140 Clover Hill Ln.                     )
Barrington, IL 60010                    )
                                        )
Rudy Rodriquez                          )
30081 Goosepoint Ct.                    )
Port Royal, VA 22535                    )
                                        )
Harry Roffelsen                         )
120 Seminary Dr. #3C                    )
Mill Valley, CA 94941                   )
                                        )
Dick Rogers                             )
4248 Citrus Dr.                         )
Fallbrook, CA 92028                     )
                                        )
Frederick Roughton                      )
357 Hays Blvd.                          )
Lexington, KY 40509                     )
                                        )
James Rosenbaum                         )
4206 Beacon Pl.                         )
Discovery Bay, CA 94505                 )
                                        )
Jonathon Rowbottom                      )
25444 John Steinbeck Trl.               )
Salinas, CA 93908                       )
                                        )
                                        )
                                        )

Daniel Royce                          )
6565 35th Pl.                         )
Vero Beach, FL 32966                  )
                                      )
Randel Ryan                           )
5930 E San Marino                     )
Tucson, AZ 85715                      )
                                      )
William Schenck                       )
1519 Danforth Ln.                     )
Osprey, FL 34229                      )
                                      )
Sheldon Schiager                      )
333 NW Ninth Ave. Unit 615            )
Portland, OR 97209                    )
                                      )
William Scholes                       )
21709 N Viewpoint Dr. Unit 10         )
Rathdrum, ID 83858                    )
                                      )
Jerome Schuck                         )
2721 Athens Ave.                      )
Carlsbad, CA 92010                    )
                                      )
Bernard Schwartzman                   )
1105 Redbud Rd.                       )
Winchester, VA 02603                  )
                                      )
Daniel Seiple                         )
1933 Wynstone Cir. NE                 )
North Canton, OH 44720                )
                                      )
Robert Seits                          )
7705 Royale River Ln.                 )
Lake Worth, FL 33467                  )
                                      )
Harry Seymour                         )
17 Malaga Dr.                         )
Rancho Mirage, CA 92270               )
                                      )
Clifford Shahbaz                      )
2270 SW Humphrey Park Rd.             )
Portland, OR 97221                    )
                                      )
                                      )
                                      )

John Shanta )
1853 Lemon Grove St. )
Henderson, NV 89052 )
)
C Stan Sheets )
HC 1, Box 947 )
Kula, HI 96790 )
)
James Shipp )
P.O. Box 3098 )
Battleground, WA 98604 )
)
John Shore )
7941 Fort Stokes Ln. )
Easton, MD 21601 )
)
Victor Shumaker )
215 Old Cart Rd. )
Williamsburg, VA 23188 )
)
William Shumate )
712 West Hale Lake Rd. )
Warrensburg, MO 64093 )
)
Calvin Shuts )
1014 Longview Dr. )
West Chester, PA 19380 )
)
Jerry Sickafoose )
424 Silver Chief Way )
Danville, CA 94526 )
)
Michael Sienkiewicz )
63519 E Holiday Dr. )
Tucson, AZ 85739 )
)
Keith Simecek )
19260 Hickory Rd. )
Milan, MI 48160 )
)
Edmond Simmons )
34842 Doheny Pl. )
Capistrano Beach, CA 92624 )
)
)
)

William Simmons )
3456 39th Ave. W )
Seattle, WA 98199 )
)
George Simpson )
1925 Canadair Ct. )
Port Orange, FL 32128 )
)
Thomas Slattery )
833 Peregrine )
Palatine, IL 60067 )
)
David Smith )
1156 Balaton Ln. #207 )
Greenwood, IN 46143 )
)
William Smithdeal III )
1555 Heatherstone Dr. )
Fredericksburg, VA 22407 )
)
Edward Southworth )
380 Fort Pickens Rd. )
Pensacola Beach, FL 32561 )
)
George Sovitsky )
8025 Battista Lane )
Las Vegas, NV 89123 )
)
Thomas Spayd )
90888 Southview Ln. )
Florence, OR 97439 )
)
David Specht )
19624 N Cactus Ln. )
Surprise, AZ 85374 )
)
Robert Spillman )
1798 Roscoe Turner Trl. )
Port Orange, FL 32128 )
)
Michael Sromek )
6231 W. Columbine Dr. )
Glendale, AZ 85304 )
)
)
)
)

John Stark                          )
1080 Copeland Ct.                   )
Tarpon Springs, FL 34688            )
                                    )
Ronald Stark                        )
4729 E Sunrise Dr. PMB 184          )
Tucson, AZ 85718                    )
                                    )
Robert Steeneck                     )
1623 Adriel Dr.                     )
Fort Collins, CO 80524              )
                                    )
Christopher Stevens                 )
3556 Lakeway Dr.                    )
Ellicot City, MD 21042              )
                                    )
William Stewart                     )
274 145th Pl. SE                    )
Bellevue, WA 98007                  )
                                    )
William Stewart                     )
26481 Montebello Pl.                )
Mission Viejo, CA 92691             )
                                    )
John Stottle                        )
198 Blue Heron Lake Cir.            )
Ormond Boach, FL 32174              )
                                    )
John Stout                          )
1161 Lady Bird Dr.                  )
Somonauk, IL 60552                  )
                                    )
David Strider                       )
4 Fairway Dr.                       )
Charles Town, WV 25414              )
                                    )
Jerry Summers                       )
34145 Pacific Coast Hwy # 112       )
Dana Point, CA 92629                )
                                    )
Terry Summers                       )
11016 Waller Rd. E                  )
Tacoma, WA 98446                    )
                                    )
                                    )
                                    )

Andrew Swasko                          )
4 Long Shadow Ln.                      )
Travelers Rest, SC 29690               )
                                       )
Jim Sweller                            )
9795 Tall Grass Cir.                   )
Lone Tree, CO 80124                    )
                                       )
Robert Tanons                          )
5398 Quail Run                         )
Blaine, WA 98230                       )
                                       )
Curtis Taylor                          )
7983 182nd Pl.                         )
Mcalpin, FL 32062                      )
                                       )
Jack Taylor                            )
166 Oak Grover Pkwy.                   )
Kingsland, TX 78639                    )
                                       )
W.A. Taylor                            )
1255 Arroyo Sarco                      )
Napa, CA 94558                         )
                                       )
Roger Thibodeau                        )
11331 Perico Cir.                      )
Bradenton, FL 34209                    )
                                       )
Robert Tokle                           )
501 Lakeshore Blvd.                    )
Incline Village, NV 89450              )
                                       )
William Traub                          )
27401 N Agua Verde Dr.                 )
Rio Verde, AZ 85263                    )
                                       )
William Treichel                       )
301 E Paseo De Golf                    )
Green Valley, AZ 85614                 )
                                       )
Terry True                             )
621 Broadway St.                       )
Libertyville, IL 60048                 )
                                       )
                                       )
                                       )

Melvyn Uchida    )
3511 Kepuhi St.    )
Honolulu, HI 96815    )
    )
Jerry Udelhoven    )
727 Park Hill Rd.    )
Danville, CA 94526    )
    )
Joseph Vallejo    )
P.O. Box 5822    )
Blue Jay, CA 92317    )
    )
Robert Van Nuise    )
3300 Granada Blvd.    )
Kissimmee, FL 34746    )
    )
Kenneth Van Wormer    )
2104 Charles Dewitt Way    )
Alpine, CA 91901    )
    )
Robert Vanderbilt    )
131 Sarasota Cir.    )
Montgomery, TX 77356    )
    )
Larry Vann    )
2801 W Oak Shores Dr.    )
Crossroads, TX 76227    )
    )
Daniel Vogt    )
46 Granite Hill Rd.    )
Killingworth, CT 06419    )
    )
Wayne Walczack    )
3307 Lambrusco Ln.    )
Leander, TX 78641    )
    )
Tommy Walker    )
216 Venezia Ct.    )
Punta Gorda, FL 33950    )
    )
James Wallace    )
584 Windjammer Dr.    )
Columbiana, OH 44408    )
    )
    )
    )

George Walters                          )
7477 E Windlawn Way                     )
Parker, CO 80134                        )
                                        )
Larry Walters                           )
400 Christy Ridge Rd.                   )
Sedalia, CO 80135                       )
                                        )
Richard Warden                          )
24328 Skylane Dr.                       )
Canby, OR 97013                         )
                                        )
Louis Warfield                          )
9311 Whistling Straits Dr.              )
Fort Mill, SC 29707                     )
                                        )
James Warner                            )
160 Southcove Dr.                       )
Greenback, TN 37742                     )
                                        )
C.R. Waxlax                             )
2726 Shelter Island Dr. #385            )
San Diego, CA 92106                     )
                                        )
Gary Webb                               )
4121 Caligiuri Canyon Rd.               )
Vacaville, CA 95688                     )
                                        )
Donald Webster                          )
5118 Kings Way                          )
Anacortes, WA 98221                     )
                                        )
Rick Wenzel                             )
23175 NE 127th Way                      )
Redmond, WA 98053                       )
                                        )
T. David Wesner                         )
7301 North Layman Ave.                  )
Indianapolis, IN 46250                  )
                                        )
Bernard Wessner                         )
6551 Shoreline Dr. #6101                )
St. Petersburg, FL 33708                )
                                        )
                                        )
                                        )

Wayne Wetzel                                    )
9409 124th Ave.                                 )
Anderson Island, WA 98303                       )
                                                )
Robert Whitman                                  )
2251 Duguid Ln.                                 )
Kingston, OK 73439                              )
                                                )
Charles Whitney                                 )
18205 Ballinger Way NE                          )
Lake Forest Park, WA 98154                      )
                                                )
Timothy Whitney                                 )
304 Sausalito Blvd.                             )
Sausalito, CA 94965                             )
                                                )
Dave Wickersham                                 )
1319 Rachael Ln.                                )
Waterloo, IL 62298                              )
                                                )
Donald Wiens                                    )
27317 Balmoral Pl. NE                           )
Kingston, WA 98346                              )
                                                )
Albert Wilcox                                   )
1201 Creek Trail Dr.                            )
Pleasanton, CA 94566                            )
                                                )
Floyd Williamson                                )
9630 NE Lafayette Ave.                          )
Bainbridge Island, WA 98110                     )
                                                )
William Willson                                 )
2325 Moberly Ct.                                )
Thousand Oaks, CA 91360                         )
                                                )
Doug Wilsman                                    )
20234 Eagle Hill Ln.                            )
Ramona, CA 92065                                )
                                                )
Clyde Wilson                                    )
P.O. Box 1029                                   )
Hickory, NC 28603                               )
                                                )
                                                )
                                                )

Danny Wine                     )
3751 W 136th Ave.              )
Broomfield, CO 80023           )
                               )
William Winquist               )
7505 S Telluride Ct.           )
Centennial, CO 80016           )
                               )
Norman Wittenfeld              )
19414 Rhodes Lake Rd. E        )
Bonney Lake, WA 98391          )
                               )
Jack Wolfe                     )
29875 Troutdale Senic Dr.      )
Evergreen, CO 80439            )
                               )
Donald Wolfe                   )
1568 Estee Ave.                )
Napa, CA 94558                 )
                               )
Robert Woodmansee              )
1107 Devon Way                 )
Fort Collins, CO 80525         )
                               )
L W Woodworth                  )
2 Crooked Trl.                 )
Rowayton, CT 06853             )
                               )
William Woolfolk               )
22237 Monrovia Rd.             )
Orange, VA 22960               )
                               )
Thomas Yon                     )
7281 NW 7th Ct.                )
Plantation, FL 33317           )
                               )
Arthur Zaccardi                )
6976 S Odessa St.              )
Aurora, CO 80016               )
                               )
Richard Dake                   )
47695 Foxwood Dr.              )
Elizabeth, CO 80107            )
                               )
                               )
                               )

Robert Finley                                 )
1455 Kubli Rd.                                )
Grants Pass, OR 97527                         )
                                              )
David Stickler                                )
6980 Juliana Ln.                              )
Vacaville, CA 95688                           )
                                              )
Gretchen Sanderson                            )
4260 Preserve Pkwy. S                         )
Greenwood Village, CO 80121                   )
                                              )
Henry Stonelake                               )
19281 Edwin Markham Dr.                       )
Castro Valley, CA 94552                       )
                                              )
Michael Ballard                               )
4444 Sentinel Rock                            )
Larkspur, CO 80118                            )
                                              )
William Barham                                )
19 Russell Ln.                                )
Laguna Niguel, CA 92677                       )
                                              )
Clifford Barnes                               )
9265 Bay Point Dr.                            )
Elberta, AL 36530                             )
                                              )
Scott Baumann                                 )
4717 142nd Pl. SE                             )
Bellvue, WA 98006                             )
                                              )
Robert Beavis                                 )
2350 NE 14th St. Unit 510                     )
Pompano Beach, FL 33062                       )
                                              )
Robert Beck                                   )
P.O. Box 1610                                 )
Quogue, NY 11959                              )
                                              )
Jay Benedetti                                 )
700 La Peninsula Blvd. #405                   )
Naples, FL 34113                              )
                                              )
                                              )
                                              )

Allan Benson                          )
P.O. Box 1391                         )
Sonoma, CA 95476                      )
                                      )
Thomas Berg                           )
6604 88th St. E                       )
Bradenton, FL 34202                   )
                                      )
Chris Bevan                           )
172 Bare Rd.                          )
Ellensburg, WA 98926                  )
                                      )
Allan Bielanski                       )
15448 Shadow Mountain Ranch Rd.       )
Larkspur, CO 80118                    )
                                      )
Douglas Bielanski                     )
1832 Calle Salto                      )
Thousand Oaks, CA 91360               )
                                      )
Robert Bigelow                        )
25 Avalon Dr.                         )
Los Altos, CA 94022                   )
                                      )
Robert Bisbee                         )
4 Wiley Post Ln. E.                   )
Falmouth, MA 02536                    )
                                      )
Eugene Biscailuz                      )
7402 Bernadine Ave.                   )
West Hills, CA 91304                  )
                                      )
Michael Coyle                         )
1420 Genesee Hill Tr.                 )
Golden, CO 80401                      )
                                      )
Kristin Coyle                         )
1420 Genesee Hill Tr.                 )
Golden, CO 80401                      )
                                      )
Robert Hitt                           )
26671 Hickory Blvd.                   )
Bonita Springs, FL 34134              )
                                      )
                                      )
                                      )

Diana Raymond                          )
14188 N. Gallery Pl.                   )
Marana, AZ 85658                       )
                                       )
Estate of George Raymond               )
14188 N. Gallery Pl.                   )
Marana, AZ 85658                       )
                                       )
Eugene Armstrong, Jr.                  )
P.O. Box 128                           )
Vaughn, WA 98394                       )
                                       )
Jim Arnold                             )
7926 S Madison Way                     )
Centennial, CO 80122                   )
                                       )
Dickson Austin, Jr.                    )
145 N Kihei Rd. # 607                  )
Kihei, HI 96753                        )
                                       )
Bob Billings                           )
65 Oxford Ct.                          )
Petaluma, CA 94952                     )
                                       )
Len Chamberlain                        )
23 Harbor Isle Dr. # 304               )
Fort Pierce, FL 34949                  )
                                       )
Paul Graffeo                           )
1819 Lindbergh Ln.                     )
Port Orange, FL 32128                  )
                                       )
Brian Leiding                          )
235 Bahia Point                        )
Naples, FL 34110                       )
                                       )
George Lepnew                          )
295 Grande Way # 603                   )
Naples, FL 34110                       )
                                       )
Robert Morton                          )
23182 Murrieta Way                     )
Sierra Vista, AZ 85850                 )
                                       )
                                       )
                                       )

Robert Niccolls                              )
1830 Garden Dr.                              )
Medford, OR 97504                            )
                                             )
Richard Sanders                              )
31079 Lands End Ln.                          )
Westlake, OH 44145                           )
                                             )
James Troskey                                )
34708 N Nokomis Trl.                         )
McHenry, IL 60051                            )
                                             )
Russell Williams                             )
1603 N. Woodlawn Pk.                         )
McHenry, IL 60051                            )
                                             )
Estate of Ed Borkoski                        )
47 S Vale Ave.                               )
Little Silver, NJ 07739                      )
                                             )
Charles Mathis                               )
4820 NW Malhuer Ave.                         )
Portland, OR 97229                           )
                                             )
            Plaintiffs,                      )
                                             )
vs.                                          )
                                             )
United Airlines Corporation                  )
77 West Wacker Dr.                           )
Chicago, IL 60601                            )
                                             )
United Loyalty Services, LLC                 )
1200 East Algonquin Rd.                      )
Arlington Heights, IL 60005                  )
                                             )
Glenn F. Tilton                              )
1500 N. Lake Shore Dr.                       )
Chicago, IL 60610                            )
                                             )
Mark A. Bathurst                             )
1111 Highland Park                           )
Fallbrook, CA 92028                          )
                                             )
                                             )
                                             )

Stephen R. Canale                )
534 Grand Ave.                )
Havertown, PA 19083        )
                                      )
W. James Farrell               )
609 Viking Dr.                 )
Batavia, IL 60510           )
                                      )
W. Douglas Ford             )
100 Landowne St.          )
Cambridge, MA 02139     )
                                      )
Dipak C. Jain                 )
1210 Chicago Ave. Unit 304    )
Evanston, IL 60202         )
                                      )
Robert S. Miller, Jr.          )
2431 Lone St.                 )
Sacramento, CA 95811     )
                                      )
James J. O'Conner         )
815 W. National Ave.        )
Milwaukee, WI 53204     )
                                      )
Hazel R. O'Leary            )
1604 Jackson St.            )
Nashville, TN 37208        )
                                      )
Paul E. Tierney, Jr.           )
17 Butlers Island Rd.       )
Darien, CT 06820           )
                                      )
John H. Walker              )
456 Square Dr. S           )
Mansfield, LA 71052        )
                                      )
George B. Weiksner, Jr.     )
4 Fairchild Ln.                )
Greenwich, CT 06831     )
                                      )
Does, 1-25                   )
                                      )
         Defendants.        )
_____ )

## COMPLAINT
## FOR EQUITABLE AND DECLARATORY RELEF

1. Plaintiffs, members of the United Airlines, Inc. Pilot Fixed Benefit Income Plan (the "Plan" or "Pilot Plan") and their designated representative, United Pilots for Justice, Inc. ("UPFJ"), bring this action against UAL Corporation ("UAL Corp") in its capacity as Plan sponsor and United Loyalty Services, LLC ("United Loyalty Services" or "ULS"), a member of UAL Corp's controlled group, for violations of §§ 4062, 4069 and 4042 of the Employment Retirement Income Security Act of 1974 ("ERISA")  and against UAL Corp, its board of directors and Defendants Does 1-25 in their respective capacities in 2004-05 as Plan administrators and fiduciaries (collectively the "UAL Defendants") and for appropriate equitable relief under ERISA §4070 and §502(a)(3).

2. In connection with termination of the Plan, the UAL Defendants concealed the true value of United Loyalty Services, a member of UAL's controlled group, in order to benefit UAL Corp, it subsidiaries and affiliates and certain of its executives, at the expense of Plaintiffs. Among other things, the UAL Defendants publicly misrepresented that the Mileage Plus program of United Loyalty Services was a net liability of $840 million, even though the UAL Defendants knew or should have known that the ULS Mileage Plus program had substantial value at the Date of Plan Termination—a probable estimated value of $7.5 billion.  This is additional value that could have, and should have been disclosed by UAL Corp in connection with Plan Termination under ERISA and PBGC Regulations, including but not limited to PBGC Reg. §4062.6.

3. On information and belief, this substantial additional value of ULS and the Mileage Plus program was known to the UAL Defendants, and was deliberately concealed by the UAL

Defendants in order to benefit UAL Corp, its subsidiaries and affiliates and executives.  On information and belief, the UAL Defendants knew or should have known of the likely Mileage Plus value based on public discussions and valuation of a comparable frequent flyer mileage program owned by Air Canada that took place during or about the period of Plan Termination.

4.  In September 2004, Air Canada began discussing publicly the likelihood that it would spin off its own frequent flyer program, known as "Aeroplan," as a separate entity.  Air Canada's Aeroplan program was, in all material respects, substantially similar to United's Mileage Plus program.  In April 2005, at or about the date that UAL Corp signed the Termination Agreement, and approximately one year before U.S. District Court Judge Lefkow's order terminating the United Pilot Plan, Air Canada publicly confirmed its plan to spin off Aeroplan.  A valuation estimate for Aeroplan was publicly circulated at the time, in the range of $1.3 billion to $1.9 billion.  On June 23, 2005, prior to close of the United Pilot Plan Net Worth Record Date (the date by which UAL Corp was required to disclose the value of its assets pursuant to PBGC Reg. §4062.6) and a full year before Judge Lefkow issued her final order for termination of the United Pilot Plan, Air Canada publicly revealed the pricing of its own Aeroplan initial public offering.  Valuation was set at US$1.6 billion, a midrange of the earlier, April 2005 Aeroplan value estimate.  Based on the number of participants in Air Canada's Aeroplan program, valuation per-member of the Aeroplan program was US$325.

5.  Based on comparable-value estimation the ULS Mileage Plus program may have been worth approximately $14 billion at the same moment in time.  This figure is arrived at by multiplying the Aeroplan IPO market value per frequent-flyer member (US$325 per frequent-flyer member) by the number of members in UAL's Mileage Plus Program (45

million to 56 million frequent-flyer members) as of the date of Aeroplan IPO valuation, June 23, 2005.  The low end of this calculation projects a ULS Mileage Plus value of approximately $14 billion ($325 x 45 million members = $14.6 billion); the high end of this calculation projects a ULS Mileage Plus value of approximately $17 billion ($325 x 56 million members = $18.2 billion).  All this information was readily available to the UAL Defendants.  Failure to fairly disclose this probable value of ULS was in violation of ERISA §4070 and §502(a)(3).

6.  Subsequent valuations of Mileage Plus, including a valuation by the investment bank Bear Stearns, commissioned by UAL Corp in 2007, estimated value of Mileage Plus at approximately $7.5 billion.

7.  Nothing had materially changed in the Mileage Plus program from prior to Plan Termination to the Bear Stearns valuation in 2007; Mileage Plus had made money each and every year, as shown by the following table:

| Year | ULS Revenue (in millions) | Earnings | Earnings as % of Revenue |
|---|---|---|---|
| 2003 | $715 | $229 | 32% |
| 2004 | $795 | $302 | 38% |
| 2005 | $866 | $350 | 40.4% |
| 2006 | $943 | $444 | 47.1% |

8.  On information and belief, the UAL Defendants simply waited until after UAL's bankruptcy reorganization plan was approved on January 20, 2006, and Plan Termination was approved by Judge Lefkow on June 13, 2006, to begin public discussion of its valuable Mileage Plus program.  This concealment, and the acts and practices in connection therewith by the UAL Defendants, was an exercise in trickery and deception in the design and implementation of

Plan Termination, to deprive Plaintiffs of their rights under the Plan, and under ERISA with respect to the Plan.

9. In addition, the UAL Defendants represented in public statements that all efforts had been made to "save" the United pension plans, including the Pilot Plan when, in fact, evidence shows that the UAL Defendants were acting according to precisely the opposite strategy: to terminate the pension plans and thereby avoid liability for the plans, including the Pilot Plan. Public statements that UAL had "scrutinize[d] every alternative…to keep our pension plans" were sham and pretextual acts and statements to obfuscate and cover up UAL Corp's true, undisclosed strategy to jettison the United pension plans, avoid liability for the plans and mislead participants and beneficiaries of the pension plans as to their legal rights under ERISA, all for the benefit of UAL Corp and its subsidiaries, affiliates and executives.

**PARTIES**

10. Plaintiff United Pilots for Justice, Inc. (UPFJ) is a non-profit corporation organized under the laws of the state of Delaware with its place of business located at 1720 Skyhawk Court, Port Orange, FL 32128.  The purpose of UPFJ is to restore and/or increase retirement benefits and/or other benefits due to or claimed by retired United Airlines pilots who are, and who remain, members in good standing.

11. With its members residing in most or all of the fifty states, and in the District of Columbia, UPFJ is acting herein in a representative capacity seeking only declaratory and injunctive relief on behalf of its members, including the Plaintiffs in this action.  The interests it seeks to protect are germane to the purposes for which UPFJ exists.

12. The individually-named plaintiffs are participants and/or beneficiaries in the Pilot Plan. Plaintiff Raymond Brice resides in this District.

13. The Plan was terminated as a distress termination under 29 USC §1342 by order of Judge Lefkow dated June 13, 2006 ("Plan Termination"). The Date of Plan Termination was retroactively fixed as December 30, 2004.

14. Until Plan Termination, Defendant UAL Corp was the contributing sponsor and an administrator and named fiduciary of the Plan. The Plan was administered at the direction and discretion of the UAL Board Defendants in behalf of UAL Corp.

15. Defendant United Loyalty Services (ULS), fka UAL Loyalty Services, Inc., was (including on Date of Plan Termination) a controlled entity of UAL Corp for the purposes of ERISA and regulations promulgated thereunder by PBGC, found at CFR Chptr. XL.

16. Defendants Glenn F. Tilton, Mark A. Bathurst, Steven R. Canale, W. James Farrell, W. Douglas Ford, Dipak C. Jain, Robert S. Miller, Jr., James J. O'Connor, Hazel R. O'Leary, Paul E. Tierney, Jr., John H. Walker, George B. Weiksner, Jr. (collectively, the "UAL Board Defendants") were members of the board of directors of UAL Corp and were charged under ERISA with fiduciary duties to Plaintiffs with respect to the Plan at all times relevant to this action.

17. Defendants Does 1-25 are individuals whose present identities are unknown, or whose liability under this action is presently not fully known, but who were other persons or entities charged under ERISA with fiduciary duties to Plaintiffs with respect to the Plan at all times relevant to this action, and who had knowledge of, or participated in, the violations alleged herein.

## JURISDICTION AND VENUE

18. This Court has subject matter jurisdiction of this action under 28 USC §1331, 29 USC §1370 and 29 USC §1132 in that:

a.   The district courts of the United States have exclusive jurisdiction of civil actions under 29 USC §1370 without regard to the amount in controversy or the citizenship of the parties and may grant the relief provided for in subsection (a) of 29 USC §1370 in any action; and this action seeks such relief; and

b.   The district courts of the United States have exclusive jurisdiction of civil actions under 29 USC §1132 brought by a participant or beneficiary under Subchapter I, Chapter 18, Title 29 Unites States Code; and this action also seeks such relief.

19. Venue is properly placed in this District, and in personam jurisdiction may be properly exercised with respect to Defendants in that:

a.   Actions under both 29 USC §1370 and 29 USC §1132 may be brought in the district where the plan is administered, where the violation took place, or where a defendant resides or may be found; and

b.   The Plan is currently administered in this District, certain of the violations took place in this District and UAL Corp maintains a domicile and significant business presence in this District; and

c.   The individually-named defendants maintained minimum contacts with this District in their respective capacities as fiduciaries of the Pilot Plan, and also regularly did and solicited business, engaged in other persistent courses of conduct, *inter alia*, with respect to UAL Corp and the Plan in this District, and caused the violations alleged in this complaint to occur, in part, in this District.

20. Administrative review of these claims is not a condition precedent to filing this action, inasmuch as the claims brought herein fall outside the scope of determinations made by PBGC pursuant to PBGC Regs. Part 4003.

21. Furthermore, PBGC's charge under ERISA and its own regulatory scheme does not direct it to affirmatively investigate acts of concealment, deception or trickery committed by a plan sponsor or members of its controlled group or its fiduciaries in connection with proceedings under ERISA Title 29, Chapter 18, Subchapter III.  For this reason, Congress contemplated that redress of violations by plan sponsors and fiduciaries of the type alleged in this action would fall directly to United States district courts under 29 USC §1370 and 29 USC §1132.

22. For the same reason that ERISA law and PBGC regulations do not direct PBGC to affirmatively investigate acts of concealment, deception or trickery by a plan sponsor or its related entities, ERISA law and regulations do not shield fiduciaries, plan sponsors or members of their controlled group who commit such acts, and thereby enrich themselves at the expense of the beneficiaries they are charged to protect – or who lie publicly about their assets for personal and corporate profit.  This action is brought to redress those violations and restore equity to Plaintiffs under ERISA.

## GENERAL ALLEGATIONS

23. Plaintiff incorporates and re-alleges ¶¶ 1- 22, above.

### The United Pilot Plan in History

24. Until its termination, retroactive to December 30, 2004, UAL Corp had sponsored the United Pilot Defined Benefits Plan (the Plan), and predecessor plans, continuously and uninterrupted from 1941.  UAL Corp and the Plan (and pilots who retired under the Plan) had together survived the ebbs and flows of World War II, other wars of this country, and turns in the US and global economies for 63 long years, in good times and bad.

25. From 1999 through Plan Termination in 2004, UAL Corp manipulated the reported discount

rate for calculating the value of the Pilot Plan in order to make the plan appear more, or less,

valuable, to suit the business purposes of UAL. As the following table shows, the discount

rate assumption fell steadily from 8.25% in 1999 to 5.69% in 2004 (the year of Plan

Termination); with a corresponding decrease in Plan funding percentage from 139% to 64%:

| Auditor | Year Ending | Assets ($ billions) | Benefits PV | Discount Rate | Funding % |
|---------|-------------|---------------------|-------------|---------------|-----------|
| Deloitte & Touche | 2004 | 2.858 | 4.454 | 5.69% | 64% |
| Deloitte & Touche | 2003 | 2.894 | 4.175 | 6.25% | 69% |
| Deloitte & Touche | 2002 | 2.68 | 4.007 | 6.75% | 67% |
| Deloitte & Touche | 2001 | 3.325 | 3.564 | 7.50% | 93% |
| Athur Anderson | 2000 | 3.841 | 3.342 | 7.75% | 115% |
| Athur Anderson | 1999 | 4.089 | 2.947 | 8.25% | 139% |

26. Furthermore, in 1996, UAL stopped making cash contributions to the Plan (except small

contributions in 1998 and 1999), even though larger numbers of pilots were retiring. The

following chart of UAL's contributions to the Pilot Plan shows a dramatic decrease in

pension contributions starting in 1996, together with dramatic swings in value:

| Year | Assets (in billions) | Liabilities (in billions) | Gain or loss (in millions) | Funded % | UAL Contribution |
|------|----------------------|---------------------------|----------------------------|----------|------------------|
| 93 | 2.26 | 2.40 | 189 | 94% | 127 M |
| 94 | 2.32 | 2.44 | -19 | 95% | 205M |
| 95 | 2.84 | 2.93 | 539 | 97% | 132M |
| 96 | 3.07 | 2.77 | 394 | 111% | 0 |
| 97 | 3.43 | 2.98 | 556 | 115% | 0 |
| 98 | 3.7 | 3.19 | 463 | 116% | 15M |
| 99 | 4.089 | 2.947 | 602 | 138% | 40M |
| 2000 | 3.842 | 3.343 | 29 | 115% | 0 |
| 2001 | 3.333 | 3.564 | -194 | 94% | 0 |
| 2002 | 2.681 | 4.007 | -292 | 67% | 0 |
| 2003 | 2.895 | 4.175 | 615 | 69% | 0 |
| 2004 | 2.858 | 4.454 | 352 | 64% | 0 |

27. On information and belief, the changes in applicable discount rate and the decision to stop
    funding the Pilot Plan were, in part, designed by the UAL Defendants to drive the Plan to a
    significant level of underfunding in order to justify their goal of terminating the Plan and
    shifting all ongoing payment obligations for Plaintiffs' pension benefits to the Pension
    Benefit Guarantee Corporation ("PBGC").

28. PBGC is a federal corporation created by the Employee Retirement Income Security Act of
    1974.  PBGC receives no funds from general tax revenues, and its operations are financed by
    insurance premiums set by Congress and paid by sponsors of defined benefit plans,
    investment income, assets from pension plans trusteed by PBGC, and recoveries from the
    companies formerly responsible for the plans.

29. By shifting its ongoing payment obligation for Plaintiffs' pension benefits to PBGC, the
    UAL Defendants sought to avoid responsibilities established by Congress for maintenance of
    the Pilot Plan and the employees covered thereunder, including Plaintiffs, in order to benefit
    themselves at the expense of Plaintiffs, in particular, and the government and people of the
    United States, in general.

**Plan Termination**

30. There was nothing foreboding about the U.S. economy in 2004-05 that necessarily required
    termination of the Pilot Plan.  While it is true that U.S.-based airline carriers were still
    recovering from financial difficulties brought on by the September 11, 2001 terrorist attacks,
    the remainder of the U.S. economy had returned to growth and profitability, and the airline
    industry was not far behind.  Equity markets in this country were rising; the U.S. and global

economies were growing and most people and companies were better off than they had been in previous years.

31. Nevertheless, UAL Corp and PBGC agreed to distress termination of the Pilot Plan by Agreement dated April 22, 2005 (the "Termination Agreement"), based on the financial information presented by UAL Corp.

32. The Termination Agreement and Plan Termination were approved by U.S. District Judge Lefkow, Northern District of Illinois, by order dated June 13, 2006, reported at 436 F. Supp. 2d 909 (N.D. Ill. 2006).  Judge Lefkow's order was upheld by the U.S. Seventh Circuit Court of Appeals in an opinion authored by Judge Easterbrook, reported at 468 F.3d 444 (7th Cir. 2006).

33. The Pilot Plan is currently administered by PBGC in its dual role as guarantor and trustee under the ERISA statutes and regulations adopted by PBGC thereunder.

**UAL Corp's Early Strategy to Jettison its Pension Plans**

34. In September 2002, the 63-year long, stable relationship between UAL Corp and its retirees and pension plans was about to change, based on a fateful decision by the UAL board of directors: UAL Corp hired Glenn Fletcher Tilton as its CEO.

35. Mr. Tilton had previously been the CEO of Texaco Corporation and had taken that company into strategic bankruptcy in 1987 to avoid a $10.53 billion judgment rendered by a Texas jury in favor of Pennzoil Corporation for business interference.  In bankruptcy, Texaco claimed it could not satisfy the judgment, even though it had $34.9 billion in assets at the time.  Texaco executives found themselves facing multiple suits from shareholders for mishandling the deal that led to the Pennzoil verdict.  Eventually, Texaco and Pennzoil later agreed to a $3 billion settlement and a bankruptcy judge voided the shareholder suits. On April 8, 1988, Texaco

emerged from bankruptcy, at least $7 billion ahead of where it would have been had it paid the Pennzoil jury verdict.

36. According to widely-distributed public accounts, the proverbial "die was cast" to undo United's pension plans the day Mr. Tilton was hired in September 2002. On information and belief, Mr. Tilton was brought into the company by UAL Corp's board and advisors with a secret, undisclosed purpose to confront employees, slash wages and benefits for current employees, and terminate UAL's obligation to its retirees.

37. On information and belief, from and after his arrival at UAL, Mr. Tilton, the other UAL Board Directors and their legal and financial advisors put together a strategy to: (a) jettison United's pension plans, (b) manipulate employees and retirees in such a way that UAL Corp would not lose the "hearts and minds" of the employees needed to run the business while the pension plans were being terminated, (c) earn excessively high professional fees for UAL Corp's advisors in the process, and (d) retain material, undisclosed value inside UAL Corp in order to benefit UAL Corp, its subsidiaries and affiliates and senior executives once pension plans had been terminated, all at the expense of UAL's employees and retirees.

38. UAL Corp bankruptcy counsel, Jamie Sprayregen, implied much of the above strategy in his voluntary interview on the PBS/*Frontline* documentary "Can You Afford to Retire: Inside United's Bankruptcy" which first aired on PBS on or about May 10, 2006. Mr. Sprayregen explained that while it "may have been intellectually obvious" that termination of the pension plans would take place, time was needed to "adjust the expectations" of the stakeholders who would be affected by termination so that United did not "lose the hearts and minds of the employees"—a task that (according to Mr. Sprayregen) was a "real challenge and art."

39. Mr. Sprayregen's candid admissions in the *Frontline* documentary about UAL Corp's early, but unspoken, agenda to jettison the United pension plans was in stark contrast to testimony given to the United States Committee on Finance by Glenn Tilton on June 7, 2005. Mr. Tilton testified on the topic: "Preventing the Next Pension Collapse: Lessons from the United Airlines Case." In his testimony, under oath, Mr. Tilton testified, *inter alia*, that: (a) "Throughout our restructuring, United has worked tirelessly to preserve our employees' defined benefit pension plans." (June 7, 2005 Tilton Testimony at 3); (b) "We devoted 14 months to constructing a business plan to secure an Air Transportation Stabilization Board (ATSB) loan guarantee on terms that would have allowed United to keep its pension plans." (*Id.*); (c) "[W]e worked with our unions, actuarial experts, financial and legal advisors, Board of Directors, Creditors' Committee – in fact, all stakeholders – to scrutinize every alternative that would allow us to meet our financial targets and keep our pensions." (*Id.*); (d) "The impact of this action on our retirees and employees will not be as dramatically negative as some have portrayed. All vested participants will continue to receive guaranteed benefit payments. In particular, most current retirees will not see dramatic reductions in their monthly benefits, and many retirees will not experience any reductions at all." (*Id.* at 4).

40. Read together in context, the *Frontline* statements of Mr. Sprayregen and the Senate testimony of Mr. Tilton, together with other publicly-available information, imply a secret and calculated plan designed from the beginning to jettison employees' defined benefit pension plans, including the rights of Plaintiffs in the Pilot Plan, while giving the appearance and cloak of propriety, designed to mislead the public and United's pension beneficiaries, including Plaintiffs, about UAL's true intentions to terminate the pension plan, avoid any liability therefore, while taking the minimum steps necessary to not "lose the hearts and

minds of the employees" (the words of Mr. Sprayregen)—a task that was, undoubtedly, a "real challenge and art."

41. Notwithstanding the level of difficulty involved in publicly appearing to "scrutinize every alternative" that would allow UAL Corp to "keep [its] pensions;" while privately planning and working to actually terminate the pensions, ERISA does not smile favorably on this type of deception.  Rather, those with fiduciary responsibility for pension plans are held to a much higher standard: to discharge duties with respect to a plan solely in the interest of participants and beneficiaries and for the exclusive purpose of providing benefits to participants and their beneficiaries and defraying reasonable expenses of administering the plan, with the care, skill, prudence and diligence under the circumstances then prevailing that a prudent man acting in a like capacity and familiar with such matters would use in the conduct of an enterprise of like character and with like aims.

42. Where, as here, plan fiduciaries UAL Corp., the UAL Board Defendants and Does 1-25 maintained the public appearance of scrutinizing every alternative to keep the pension plans, while privately working to terminate and avoid liability for the said plans, ERISA imposes responsibility to plan participants for knowingly undertaking such deception.

43. Through the technical process of plan termination, the UAL Defendants proceeded to execute on this strategy: claiming pretextually that everything was being done to save the pension plans, while secretly and deceptively working to terminate the plans and secreting certain asset value that would have been available to pay benefits under the plans, had value or estimates of value been properly disclosed as required under ERISA law.

44. In September 2004, while termination of the UAL pension plans was under consideration by PBGC, UAL claimed that the total amount of its pension underfunding (for all four United

pension plans) was approximately $2.7 billion.  UAL Corp represented that it did not have assets or value available to keep the pension plans, and that termination was therefore necessary.

45. However, during or about 2004 and 2005, the UAL Defendants knew or, with exercise of reasonable diligence should have known, that one of its subsidiary controlled entities, United Loyalty Services (ULS) reflected an un-recorded and undisclosed probable value estimate of $7.5 billion—more than enough to make up its projected $2.7 billion pension plan underfunding.

46. Rather than disclose this estimated value of ULS to all appropriate stakeholders in connection with plan termination, Defendants kept this estimate of value secret and otherwise obfuscated its value by reorganizing the ULS business structure in March, 2005—just one month prior to reaching an agreement with PBGC to terminate the United pension plans.

47. After plan termination and after emerging from Chapter 11 bankruptcy reorganization, UAL Corp found itself with incredibly valuable assets—ULS and the Mileage Plus program— which were previously undisclosed, concealed or obfuscated, and would be used for the benefit of UAL Corp, its affiliates and subsidiaries and executives, and to the detriment of pension retirees, including Plaintiffs.

**History of UAL Loyalty Services**

48. ULS was founded and incorporated under Delaware law as "United New Ventures, Inc." in October of 2000.

49. In 2001, United New Ventures, Inc. changed its name to "UAL Loyalty Services, Inc."

50. At all times relevant to this Complaint, ULS owned and operated a "Mileage Plus" program. Additionally, at all times relevant to this Complaint, ULS operated substantially all United-

branded travel distribution and customer loyalty e-commerce activities, such as www.united.com.

51. From the time of its creation until March 21, 2005, ULS was a wholly-owned subsidiary of UAL Corp. On March 21, 2005, just one month before entering an agreement with PBGC to terminate the United pension plans, the UAL Defendants changed the structure of United Loyalty Services from a corporation to a limited liability company and caused it to become a subsidiary of United Airlines, instead of a direct subsidiary of UAL Corp. On information and belief, this reorganization was done, in part, to obfuscate the value of ULS and its Mileage Plus program and to impose an additional layer of corporate ownership in an effort to further conceal ULS and its assets.

**Mileage Plus—a Valuable Asset**

52. At or about the time Plan Termination occurred (May 2005), there were between 45 million and 56 million members enrolled in ULS's Mileage Plus program. UAL Corp, through ULS and the Mileage Plus program, built United Air Lines customer loyalty by offering awards, services and mileage credit to frequent travelers, i.e. a "frequent flier" program. Mileage Plus members could also earn mileage credit by purchasing goods and/or services from United Air Lines' non-airline partners.

53. UAL Corp has continuously generated substantial revenue through ULS and the Mileage Plus program by selling mileage credit wholesale to a host of vendors. A representative vendor of mileage credit purchased through Mileage Plus is JP Morgan Chase & Company, which operates the United Mileage Plus Visa Select credit card, one of the nation's largest affinity card programs.

54. In years during or about Plan Termination, ULS generated substantial revenues:

| Year | ULS Revenue (in millions) | Earnings | Earnings as % of Revenue |
|------|--------------------------|----------|--------------------------|
| 2003 | $715 | $229 | 32% |
| 2004 | $795 | $302 | 38% |
| 2005 | $866 | $350 | 40.4% |
| 2006 | $943 | $444 | 47.1% |

55. Clearly, UAL Corp had figured out how to make money on its Mileage Plus program, and to increase the percentage of value from that program, each and every year.

56. In the months during which Plan Termination proceedings were taking place, UAL Corp represented publicly that the Mileage Plus program was an $840 million liability, rather than an asset. This ruse was even memorialized in UAL's 2004 annual report filed with the SEC.

57. Notwithstanding UAL Corp's representation of the Mileage Plus program as a corporate liability, it in fact had very substantial value—value that was more than enough to offset the $2.7 billion projected underfunding of the United pension plans made by UAL Corp in September, 2004.

58. On information and belief, at all times relevant to this action the Mileage Plus program had a probable estimated value of $7.5 billion, subject to a reasonable deviation of value, higher or lower. This is money that could have, and should have been disclosed to PBGC and made available to pay UAL Corp's sponsorship liabilities to its pension plans under ERISA and PBGC Regulations, including but not limited to under PBGC Reg. §4062.6.

59. On information and belief, this substantial value of ULS and the Mileage Plus program was known to the UAL Defendants, and was deliberately concealed by the UAL Defendants in order to benefit UAL Corp, its subsidiaries and affiliates and executives, upon successful Plan Termination and exit from bankruptcy proceedings.

60. In fact, in September 2004, months before Plan Termination of the United Pilot Plan, Air Canada began discussing publicly the likelihood that it would spin off its own frequent flyer program, known as "Aeroplan" as a separate entity. Air Canada's Aeroplan program was, in all material respects, substantially similar to United's Mileage Plus program. This information was readily available to the UAL Defendants.

61. During or about April 2005, at or about the date of the Termination Agreement, and approximately one year before Judge Lefkow's order terminating the United Pilot Plan, Air Canada publicly confirmed its plan to spin-off Aeroplan. A valuation estimate for Aeroplan was publicly circulated at the time, in the range of $1.3 billion to $1.9 billion. This information was readily available to the UAL Defendants.

62. On June 23 2005, on information and belief, just prior to close of the Net Worth Record Date (the date by which UAL Corp was required to disclose the value of its assets to PBGC pursuant to PBGC Reg. §4062.6) and a full year before Judge Lefkow issued her final order for Plan Termination, Air Canada publicly revealed the pricing of the Aeroplan initial public offering. Valuation was set at US$ 1.6 billion, a midrange of the earlier (April 2005) Aeroplan value estimate. Based on the number of participants in Aeroplan program, valuation per-member of the program was $325. This information was readily available to the UAL Defendants.

63. Based on comparable-value estimation, on information and belief, the ULS Mileage Plus Program would have been worth approximately $14 billion at the same moment in time. This figure is arrived at by multiplying the Aeroplan IPO market value per frequent-flyer member (US$325 per frequent-flyer member) by the number of members in UAL's Mileage Plus Program (45 million to 56 million frequent-flyer members) as of the date of Aeroplan

IPO valuation, June 23, 2005.  The low end of this calculation projects a ULS Mileage Plus value of approximately $14 billion ($325 x 45 million members = $14.6 billion); the high end of this calculation projects a ULS Mileage Plus value of approximately $17 billion ($325 x 56 million members = $18.2 billion).  This information was readily available to the UAL Defendants.

64. Notwithstanding this comparable value estimate implying market value of ULS based on the public IPO pricing of Aeroplan, subsequent financial analysts regularly offered publicly-available estimates of value that assigned an approximate value of $7.5 billion to the ULS Mileage Plus program.  Therefore, Plaintiffs allege, on information and belief, that the ULS Mileage Plus program was worth no less than the lower estimate of value offered publicly by industry analysts: approximately $7.5 billion as of the Date of Plan Termination and during or about the Net Worth Record Date.  This information was readily available to the UAL Defendants.

65. On information and belief, the UAL Defendants either knew, or could have with exercise of reasonable diligence, estimated the market value of Air Canada's Aeroplan well in advance of the Date of Plan Termination and the Net Worth Record Date, and compared that value to the United Mileage Plus program.  There is no legitimate explanation why the UAL Defendants continued to maintain the ruse that the Mileage Plus program was an "$840 million liability" in light of the comparable Aeroplan valuation indicating a probability that the United Mileage Plus program was actually an asset worth approximately $7.5 billion.

66. Plaintiffs have sought information from PBGC with respect to its knowledge of the ULS and Mileage Plus value in a Freedom of Information Act ("FOIA") Request No. 2010-1111 dated December 7, 2010.  FOIA Request No. 2010-1111 sought the following information:

    a.  value or estimates of value (or net worth) of United Loyalty Services, a subsidiary of UAL Corp., submitted by UAL Corp.,

    b.  status of United Loyalty Services as a control entity of UAL Corp. for the purposes of 29 USC §§1362 and1369, and applicable regulations, and

    c.  any portion of the PBGC's administrative record regarding Plan termination that addresses items a and b, above.

67. Plaintiffs have not yet received a response to FOIA Request No. 2010-111.  But on information and belief based on information available as of the filing of this action, and subject to response by PBGC with respect to Request No. 2010-1111, PBGC did not have knowledge of the ULS and Mileage Plus value set forth in ¶¶ 58, 62 - 64, above.

68. In July of 2007, following UAL Corp.'s emergence from bankruptcy, the investment bank Bear Stearns estimated that Mileage Plus could be sold, or "spun off," for between $7.5 billion and $22.8 billion.  Similar estimates of value were publicly offered by the investment bank Morgan Stanley and others, at the same approximate time.

69. Through and during 2007, UAL Corp, the UAL Board Defendants and other UAL Corp executives began considering "spinning off" several key business assets, including the Mileage Plus program owned and operated by ULS.

70. In November, 2007, Frederic (Jake) Brace, then-CFO of UAL Corp, openly admitted that the Mileage Plus program owned and operated by ULS had large, stable cash flows and the ability to support a large amount of debt.  Brace also publicly discussed how a "spin-off" of the Mileage Plus program could be structured in varying ways to place certain amounts of debt upon itself and/or relieve certain amounts of UAL Corp.'s other debts.  Other UAL

Corp. executives also began openly commenting on the high growth prospects of the Mileage Plus program.

71. Nothing had materially changed in the operation or value of Mileage Plus or ULS from proceedings involving Plan Termination (approximately Q4 of 2004 and Q1 and 2 of 2005) and July 2007; no new program changes had been implemented to create such value.  On information and belief, the only material events that occurred in the UAL Corp universe during this time period were (a) termination of the United pension plans; (b) emergence of UAL Corp from bankruptcy.

72. Whereas before Plan Termination the UAL Defendants were careful to conceal, obfuscate and misrepresent the value of ULS and Mileage Plus; after Plan Termination and emergence from bankruptcy, the UAL Defendants apparently viewed ULS, including Mileage Plus, as an asset that could be fully exploited for their own benefit.

**Glenn Tilton's Compensation**

73. Mr. Tilton received a $3 million signing bonus in addition to his base salary of $605,625 in the first year he signed with UAL Corp.  Tilton also received $4.5 million in pension benefits, the sum of which was divided into three trusts for protection in the event UAL Corp. filed for Chapter 11 protection.  (In fact, Mr. Tilton's personal pension plan at United was protected in full, and was never diluted, notwithstanding the termination of all other United pension plans.)  Another $1.39 million was earmarked as bonus money by UAL for Tilton and six other top executives.

74. On January 20, 2006, UAL Corp.'s reorganization plan and executive compensation package were approved by the bankruptcy court, with UAL Corp executives owning a collective 8% interest in the restructured UAL Corp.

75. While the bankruptcy judge reduced the original amount of equity sought by UAL's executives by 45%, this reduction did not apply to Mr. Tilton. On information and belief, the ownership reduction was eventually satisfied from the percentage interests sought for other UAL Corp. executives, while Mr. Tilton received his full allotment of original shares.

76. Consequently Mr. Tilton, and other UAL executives who hold an ownership interest in the restructured company, stand to gain immense personal wealth from any future sale or capitalization of the Mileage Plus program owned and operated by ULS.

77. In the meantime, Plaintiffs have been receiving their own much smaller rations resulting from Plan Termination. Most Plaintiffs now receive significantly-reduced pension benefits under the Pilot Plan, currently administered by PBGC according to strict guidelines that pay only a fraction of benefits that most Plaintiffs had received under the Pilot Plan before Plan Termination.

78. Clearly, the entire exercise in Plan Termination, including secreting of the ULS assets by Defendants, offers very handsome rewards to UAL Corp, its subsidiaries and affiliates and Mr. Tilton and one or more of the other UAL Board Defendants; at the clear expense of Plaintiffs—the very people UAL Corp, the UAL Board Defendants and the others had a fiduciary duty to protect.

79. ERISA law and regulations do not shield fiduciaries or plan sponsors who enrich themselves at the expense of the very beneficiaries they are charged to protect—or who lie publicly about their assets for personal and corporate profit. This action is brought to redress those violations and restore equity to Plaintiffs under ERISA.

**UAL/CAL Merger**

80. Plaintiffs incorporate and re-allege ¶¶ 1- 79 above.

81. On May 2, 2010, the Boards of Directors of UAL Corp and Continental Airlines ("CAL")

approved a $3 billion merger agreement of the two carriers to create the world's largest

airline in revenue passenger miles.

82. The new airline continues the United Airlines name and remains based in Chicago. The

parent company of the new carrier is called United Continental Holdings, Inc.

83. On August 27, 2010, the US Department of Justice approved the UAL/CAL merger.  On

September 17, 2010, shareholders of both UAL Corp and CAL approved the merger. The

transaction was completed on October 1, 2010.

84. For the third quarter of 2010, UAL Corp's stand-alone (not including CAL) total revenue

was $5.4 billion, an increase of 21.7 percent compared to the same period in 2009.

Consolidated passenger revenue for the third quarter rose 21.4 percent, or $878 million,

compared to the same period in 2009.

85. UAL Corp has substantial profitability, and sufficient assets and income, to pay Plaintiffs'

respective full benefits in effect as of the Date of Plan Termination under the Plan, including

all qualified and non-qualified payment amounts, together with a lump-sum benefits payment

to each Plaintiff restoring the lost benefits amount from the Date of Plan Termination.

86. In consideration of the equities involved in this action, the deception and concealment by the

UAL Defendants with respect to the Pilot Plan and the current strong financial base of UAL

Corp and its successor, United Continental Holdings, Inc., restoration of full benefits under

the UAL Pilot Plan to UAL Corp for the individual Plaintiffs herein, or similar equitable

relief with respect to participation in the New UAL Pilots DB Plan, or similar equitable relief, is appropriate.

## FIRST CAUSE OF ACTION
--Against UAL Corp and ULS--
(Violation of ERISA §4062)

87. Plaintiffs incorporate and re-allege ¶¶ 1- 86, above.

88. In any case in which a single-employer plan is terminated in a distress termination under 29 USC §1342(c) or a termination otherwise instituted by PBGC, any person who is, on the date of plan termination, a contributing sponsor of the plan or a member of such contributing sponsor's controlled group, is liable to PBGC to the extent provided in §1362(b), and to any plan trustee appointed under §1362(b) or (c) to the extent provided in §1362(c).

89. UAL Corp was the contributing sponsor of the UAL Pilot Plan on the Date of Plan Termination.

90. United Loyalty Services (ULS) was a member of UAL Corp's controlled group on June 13, 2006, the official date the Plan was terminated by order of Judge Lefkow, and on the retroactive Date of Plan Termination, December 30, 2004.

91. Despite its corporate restructuring in March, 2005, ULS continued to own and operate the Mileage Plus program.  As of the date of this Complaint, ULS remains the owner and operator of the Mileage Plus program.

92. ULS and UAL Corp were required under 29 USC §1362 and regulations promulgated thereunder, part 4062, §4062.6 to submit to PBGC by the 120th day following Date of Plan Termination (the "Net Worth Record Date") good faith, accurate and complete net worth information for ULS, as follows:

a.  An estimate, made in accordance with §4062.4, of net worth of ULS on the Net Worth Record Date and a statement, with supporting evidence, of the basis for the estimate.

b.  A copy of ULS's audited financial statements (or unaudited financial statements if audited statements are not available) for the 5 full fiscal years plus any partial fiscal year preceding the Net Worth Record Date; to include balance sheets, income statements, and statements of changes in financial position, and to be accompanied by annual reports.

c.  A statement of all sales and copies of all offers or agreements to buy or sell at least 25 percent of ULS assets or at least 5 percent of its stock or partnership interest, made on or about the Net Worth Record Date.

d.  A statement of ULS current financial condition and business history.

e.  A statement of ULS business plans, including projected earnings and, if available, dividend projections.

f.  Any appraisal of ULS fixed and intangible assets made on or about the Net Worth Record Date.

93. UAL Corp's submission of net worth information under Reg. §4062.6 and otherwise was in implementation of its decision to terminate the Pilot Plan, and was a fiduciary act.

94. On information and belief, a fair and reasonable estimate of net worth of ULS at or about the Date of Plan Termination and the Net Worth Record Date was approximately $7.5 billion.

95. On information and belief, estimates of the true net worth of ULS at or about DOPT or the Net Worth Record Date were not fully or accurately disclosed by UAL Corp or ULS to PBGC or to other entities as required by law, or were otherwise concealed by UAL Corp and

ULS, in violation of disclosure duties under 29 USC §1362 and Reg. Part 4062 and at common law.

96. On information and belief, financial statements of ULS for the 5-year period prior to Date of Plan Termination and/or the Net Worth Record Date, including balance sheets, income statements and changes in financial position, were also modified by UAL Corp and/or ULS to make ULS appear less valuable than it actually was, in violation of disclosure duties under 29 USC §1362 and Reg. Part 4062.

97. On information and belief, business plans and projections for ULS as of Date of Plan Termination and/or Net Worth Record Date were modified or withheld in order to conceal the true net worth value of ULS, in violation of disclosure duties under 29 USC §1362 and Reg. Part 4062.

98. On information and belief, UAL Corp and ULS undertook other acts or practices designed to misrepresent and/or conceal the value of ULS in order to evade liability for Plan funding in violation of §1362.

99. Plaintiffs are individual Plan Participants and/or beneficiaries who, with respect to the Plan, were adversely affected by the acts and practices of UAL Corp and ULS in violation of 29 USC §1362, as set forth in ¶¶ 24 - 72, above, resulting in loss of material benefits to each individual Plaintiff under the Plan, including but not limited to all benefits otherwise payable and recognizable under the Plan as of the Date of Plan Termination, to the extent not recognized or paid by PBGC in its role as guarantor of the Plan under ERISA Title IV.

100.   Plaintiffs are expressly authorized under 29 USC §1370(a) to bring this cause of action to obtain appropriate equitable relief to redress such violations committed by UAL Corp and ULS.

101.   Appropriate redress for the UAL Defendants' ERISA violations includes, but is not

limited to, the following relief in equity:

    a.   Restoration of the Pilot Plan, with respect to Plaintiffs' respective full benefits in

effect as of the Date of Plan Termination under the Plan, to UAL Corp, including all

qualified and non-qualified payment amounts, together with a lump-sum benefits

payment to each Plaintiff restoring the lost benefits amount from the Date of Plan

Termination to the date of Plan Restoration; or

    b.   Creation of a "full substitute plan" to replace PBGC benefits and obligations currently

in effect; and designed to pay on a going-forward basis all of Plaintiffs' respective

full benefits in effect as of the Date of Plan Termination under the Pilot Plan; said

substitute plan to be fully-funded and sponsored by UAL Corp, including all qualified

and non-qualified payment amounts, together with a lump-sum benefits payment to

each Plaintiff restoring the lost benefits amount from the Date of Plan Termination to

the date of substitute plan creation; or

    c.   Creation of a "partial substitute plan" designed to pay the difference between (a)

PBGC-paid benefits on an ongoing basis and (b) the full value of Plaintiffs'

respective benefits in effect as of the Date of Plan Termination under the Pilot Plan;

said substitute plan to be funded and sponsored by UAL Corp, including all qualified

and non-qualified payment amounts, together with a lump-sum benefits payment to

each Plaintiff restoring the lost benefits amount from the Date of Plan Termination to

the date of partial substitute plan creation; and

    d.   Any and all other equitable relief deemed just and proper by the Court.

102.    Pursuant to 29 USC §1370(e), this Court should also award all costs and expenses

incurred by Plaintiffs in connection with this action, including reasonable attorney's fees.

### SECOND CAUSE OF ACTION
--Against UAL Corp, UAL Board Defendants and Does 1-25--
(Violation of ERISA §404(a) Re: Plan Termination)

103.    Plaintiffs incorporate and re-allege ¶¶ 1- 102, above.

104.    Pursuant to 29 USC §1104(a) ERISA plan administrators must discharge duties with

respect to a plan solely in the interest of participants and beneficiaries and for the exclusive

purpose of providing benefits to participants and their beneficiaries and defraying reasonable

expenses of administering the plan, with the care, skill, prudence and diligence under the

circumstances then prevailing that a prudent man acting in a like capacity and familiar with

such matters would use in the conduct of an enterprise of like character and with like aims.

105.    An employer who decides to terminate a benefits plan covered by ERISA: (a) must make

any such decision to terminate in good faith, absent trickery, deception or concealment of

material facts and (b) must implement any such decision in its fiduciary capacity under 29

USC §1104(a).

106.    A plan administrator who participates knowingly and significantly in deciding to

terminate an ERISA-covered plan or in implementing its termination through acts designed

to: (a) deceive a plan's beneficiaries in order to save the employer money at the

beneficiaries' expense, or (b) conceal, manipulate or misrepresent the value of assets of the

employer or the employer's controlled group in order to otherwise benefit the employer or

benefit a plan administrator personally, at the beneficiaries' expense, is not acting solely in

the interest of the participants and beneficiaries, or with the requisite duty of honesty or

loyalty owed by all fiduciaries under the provisions of 29 USC §1104(a).

107.   On information and belief, Defendants UAL Corp, the Board Defendants and Does 1-25, as administrators of the Plan and as persons with fiduciary duties to Participants of the Plan, in connection with its decision to terminate the Pilot Plan and in connection with implementation of that termination decision, participated knowingly and significantly in:

   a.   deceiving Plaintiffs, and other fiduciaries with obligations to Plaintiffs as Plan Participants and otherwise, as to the true value of ULS, a subsidiary of UAL Corp and member of its controlled group, in order to save UAL Corp and ULS money at the expense of Plaintiffs, and/or

   b.   concealing, manipulating or misrepresenting the value of ULS, or undertaking other deceptive acts or practices, in order to benefit UAL Corp, ULS and/or UAL Corp managers personally, including Glenn Tilton, at the expense of Plaintiffs.

108.   In particular and without limitation, on information and belief Defendants UAL Corp and the Board Defendants, together with Does 1-25, knowingly and significantly, deceived Plaintiffs, and other fiduciaries with obligations to Plaintiffs as Plan Participants and otherwise, and/or otherwise concealed, manipulated or misrepresented the value of ULS, *inter alia*, in ways enumerated in the paragraphs below.

109.   On or about June 7, 2005, Glenn Tilton testified before the Committee of Finance, United States Senate, on the topic: "Preventing the Next Pension Collapse: Lessons from the United Airlines Case." In this testimony Mr. Tilton explained efforts by himself and others at UAL Corp (and its affiliates) to protect the United pension plans, including the Pilot Plan.

110.   Mr. Tilton represented in his June 7, 2005 Senate testimony, *inter alia*, that: "Throughout our restructuring, United has worked tirelessly to preserve our employees' defined benefit pension plans. (June 7, 2005 Tilton Testimony at 3.)

111.   Plaintiffs allege, on information and belief, that UAL Corp, the UAL Board Defendants
and Does 1-25 did exactly the opposite of Mr. Tilton's representation to the Senate Finance
Committee identified in ¶ 39, above: they secretly worked in a calculated and designed
manner to jettison employees' defined benefit pension plans, including the rights of Plaintiffs
in the Pilot Plan, in order to save UAL Corp and its subsidiaries, shareholders, managers and
related entities money at the expense of the Plan Beneficiaries, including Plaintiffs, and/or to
conceal, manipulate or misrepresent the value of assets of the ULS, a controlled entity of
UAL Corp,  in order to otherwise benefit UAL Corp and its subsidiaries, and to benefit Mr.
Tilton, one or more of the other UAL Board Defendants and Does 1-25 personally at the
expense of Plan Beneficiaries; while deceptively maintaining a public appearance of trying to
"save" the Pilot Plan.

112.   Mr. Tilton also represented in his June 7, 2005 Senate testimony, *inter alia*, that: "We
devoted 14 months to constructing a business plan to secure an Air Transportation
Stabilization Board (ATSB) loan guarantee on terms that would have allowed United to keep
its pension plans."  *(Id.)*

113.   Plaintiffs allege, on information and belief, that Mr. Tilton's representation to the Senate
Finance Committee identified in ¶ 39 above, materially misstates what actually happened;
that,  in fact, UAL Corp, the UAL Board Defendants and Does 1-25: (a) misrepresented
and/or concealed the true estimates of value of ULS to ATSB in connection with the
proposed loan guarantee; (b) created two separate records of transactions for the proposed
ATSB loan—one set of records for ATSB and a different set for internal use; and (c)
generally operated in a way consistent with UAL Corp's overriding strategy, in existence at
the time, to jettison the employee pension plans, including the Pilot Plan in which Plaintiffs

were Plan Participants, in order to in order to benefit UAL Corp and its subsidiaries, and to benefit Mr. Tilton, one or more of the other UAL Board Defendants and Does 1-25 personally at the expense of Plan Beneficiaries; while deceptively maintaining a public appearance of trying to "save" the Pilot Plan.

114.    Mr. Tilton also represented in his June 7, 2005 Senate testimony, *inter alia*, that: "[W]e worked with our unions, actuarial experts, financial and legal advisors, Board of Directors, Creditors' Committee – in fact, all stakeholders – to scrutinize every alternative that would allow us to meet our financial targets and keep our pensions." (*Id.*)

115.    Plaintiffs allege, on information and belief, that Mr. Tilton's representation to the Senate Finance Committee identified in ¶ 39 above, materially misstates what actually happened; that, in fact, UAL Corp, the UAL Board Defendants and Does 1-25: (a) misrepresented and/or concealed the true estimates of value of ULS in their work with unions, actuarial experts and certain financial and legal advisors, Board of Directors and other stakeholders, including Plaintiffs; and that such "scrutiny" of alternatives that would "allow us to…keep our pension plans" involved sham business plans and sham alternatives designed to conceal the true estimates of value of ULS; and otherwise designed and presented in a way consistent with UAL Corp's overriding strategy, in existence at the time, to jettison the employee pension plans, including the Pilot Plan in which Plaintiffs were Plan Participants, in order to in order to benefit UAL Corp and its subsidiaries, and to benefit Mr. Tilton, one or more of the other UAL Board Defendants and Does 1-25 personally at the expense of Plan Beneficiaries; while deceptively maintaining a public appearance of trying to "save" the Pilot Plan.

116.    Furthermore, Mr. Tilton's statement that UAL had worked with "all stakeholders" to

"scrutinize every alternative that would allow us to meet our financial targets and keep our

pension plan" was a clear misstatement of fact insofar as Plaintiffs are concerned.  Plaintiffs

were clearly "stakeholders" who had an interest in continuing the United pension plans.

UAL Corp, the UAL Board Defendants and Does 1-25 aggressively worked at every turn to

conceal true facts about UAL Corp, in general, and ULS estimates of value, in particular,

from Plaintiffs in order to mislead them about their ERISA rights.  This also was done in

order to benefit UAL Corp and its subsidiaries, and to benefit Mr. Tilton, one or more of the

other UAL Board Defendants and Does 1-25 personally at the expense of Plan Beneficiaries,

including Plaintiffs; while deceptively maintaining a public appearance of trying to "save"

the Pilot Plan.

117.    Mr. Tilton also represented in his June 7, 2005 Senate testimony, *inter alia*, that:  "Last

year, we told our labor groups and other constituents that we would examine any alternative

to pension termination and replacement to see if it was viable.  By January of this year, no

workable alternatives were found." (Id.)

118.    Plaintiffs allege, on information and belief, that Mr. Tilton's representation to the Senate

Finance Committee identified in ¶ 39 above, materially misstates what actually happened;

that, in fact, UAL Corp, the UAL Board Defendants and Does 1-25: (a) misrepresented

and/or concealed the true estimates of value of ULS in their work with labor groups and other

constituents, including Plaintiffs; and that such "scrutiny" of alternatives that would "allow

us to…keep our pension plans" involved sham business plans and sham alternatives designed

to conceal the true estimates of value of ULS; failed to actually examine alternatives to

pension termination and replacement to see if it was viable;  and otherwise designed and

presented in a way consistent with UAL Corp's overriding strategy, in existence at the time, to jettison the employee pension plans, including the Pilot Plan in which Plaintiffs were Plan Participants, in order to in order to benefit UAL Corp and its subsidiaries, and to benefit Mr. Tilton, one or more of the other UAL Board Defendants and Does 1-25 personally at the expense of Plan Beneficiaries; while deceptively maintaining a public appearance of trying to "save" the Pilot Plan.

119.    Furthermore, Mr. Tilton's statement that UAL had "examined any alternative to pension termination and replacement to see if it was viable," was a clear misstatement of fact insofar as Plaintiffs are concerned.  Plaintiffs were clearly stakeholders who had an interest in continuing the United pension plans and in working with UAL Corp in any way possible to find any alternative to pension termination.  Rather than work in good faith to find alternatives to pension termination, UAL Corp, the UAL Board Defendants and Does 1-25 aggressively worked at every turn to find pretext to jettison the Plan, while appearing publicly to find alternatives to pension termination. This was done, in material part, to mislead Plaintiffs about their ERISA rights and to terminate the Plan in order to benefit UAL Corp and its subsidiaries, and to benefit Mr. Tilton, one or more of the other UAL Board Defendants and Does 1-25 personally, at the expense of Plan Beneficiaries including Plaintiffs; while deceptively maintaining a public appearance of trying to "save" the Pilot Plan.

120.    Mr. Tilton also represented in his June 7, 2005 Senate testimony, *inter alia*, that: "A year ago, the ATSB rejected United's final loan guarantee application for $1.1 billion, advising us instead to pursue exit financing with the financial and capital markets. When we did, it was very clear that, given continued pressures on revenue and record fuel prices, United could not

meet the financial targets necessary to be finance-able without the termination of pension plans…"

121.  Plaintiffs allege, on information and belief, that Mr. Tilton's representation to the Senate Finance Committee identified in ¶ 39 above, materially misstates what actually happened; that, in fact, UAL Corp, the UAL Board Defendants and Does 1-25 misrepresented and/or concealed the true estimates of value of ULS to exit financing companies and generally operated in a way consistent with UAL Corp's overriding strategy, in existence at the time, to jettison the employee pension plans, including the Pilot Plan in which Plaintiffs were Plan Participants, in order to benefit UAL Corp and its subsidiaries, and to benefit Mr. Tilton, one or more of the other UAL Board Defendants and Does 1-25 personally at the expense of Plan Beneficiaries including Plaintiffs; while deceptively maintaining a public appearance of trying to "save" the Pilot Plan.

122.  Mr. Tilton also represented in his June 7, 2005 Senate testimony, *inter alia*, that: "The impact of this action on our retirees and employees will not be as dramatically negative as some have portrayed.  All vested participants will continue to receive guaranteed benefit payments. In particular, most current retirees will not see dramatic reductions in their monthly benefits, and many retirees will not experience any reductions at all." (Id. at 4.)

123.  Plaintiffs allege, on information and belief, that Mr. Tilton's representation to the Senate Finance Committee identified in ¶ 39 above, was designed to mislead plaintiffs regarding Plaintiffs' ERISA rights and other legal rights and to forego actively pursuing such rights on the assumption that they will "not see dramatic reductions in their monthly benefits" or may "not experience any reductions at all," and was therefore deceptive.

124.    All representations made by Mr. Tilton to the Senate Finance Committee, referenced in

¶¶ 109 - 123, above, were deceptive and misleading, designed in part to deceive Plan

Participants and Beneficiaries, including Plaintiffs, about the actual and concealed value of

United Loyalty Services, known to Mr. Tilton and the other UAL Board Defendants at the

time the above-referenced statements were made by Mr. Tilton on June 7, 200, and others at

UAL Corp., to be material.  On information and belief, the statements by Mr. Tilton to the

Senate Finance Committee were a calculated effort to improperly cover up breaches of

fiduciary duty under ERISA and to, inter alia, mislead Plan Participants, including Plaintiffs,

as to the deceptive and manipulative activities of the UAL and one or more of these Plan

fiduciaries (UAL Corp, the UAL Board Defendants and Does 1-25), and to save UAL Corp

and its subsidiaries and related entities money at the expense of the Plan Beneficiaries,

including Plaintiffs, and/or to conceal, manipulate or misrepresent the value of assets of the

ULS, a controlled entity of UAL Corp,  in order to otherwise benefit UAL Corp and its

subsidiaries, and to benefit Mr. Tilton and one or more of the other UAL Board Defendants

personally, at the expense of Plan Beneficiaries.

125.    In undertaking the acts complained of in ¶¶ 107 - 123 above, Defendants UAL Corp, the

UAL Board Defendants and Does 1-25 were (a) acting in their respective fiduciary capacities

and (b) were act not acting solely in the interest of Plaintiffs, as participants and beneficiaries

of the Plan, or with the requisite duty of honesty or loyalty owed to Plaintiffs, as participants

and beneficiaries of the Plan, as required under 29 USC §1104(a), and are therefore liable to

Plaintiffs.

126.    Plaintiff have sustained loss as a result of the violations by the UAL Defendants set forth

in this cause of action, including but not limited to all benefits otherwise payable and

recognizable under the Plan as of the Date of Plan Termination to each individual Plaintiff, to the extent not recognized or paid by PBGC in its role as guarantor of the Plan under ERISA Title IV.

127.    29 USC §1132(a)(3) authorizes Plaintiffs to bring this action for individual relief against UAL Corp and the UAL Board Defendants for appropriate equitable relief to redress the acts and violations set forth in ¶¶ 107 - 123 above.

128.    Appropriate equitable relief includes, but is not limited to:

a.   Restoration of the Pilot Plan, with respect to Plaintiffs' full respective benefits in effect as of the Date of Plan Termination under the Plan, to UAL Corp, including all qualified and non-qualified payment amounts, together with a lump-sum benefits payment to each Plaintiff restoring the lost benefits amount from the Date of Plan Termination to the date of Plan Restoration; or

b.   Creation of a "full substitute plan" to replace PBGC benefits and obligations currently in effect; and designed to pay on a going-forward basis all of Plaintiffs' full respective benefits in effect as of the Date of Plan Termination under the Pilot Plan; said substitute plan to be fully-funded and sponsored by UAL Corp, including all qualified and non-qualified payment amounts, together with a lump-sum benefits payment to each Plaintiff restoring the lost benefits amount from the Date of Plan Termination to the date of substitute plan creation; or

c.   Creation of a "partial substitute plan" designed to pay the difference between (a) PBGC-paid benefits on an ongoing basis and (b) the full value of Plaintiffs' respective benefits in effect as of the Date of Plan Termination under the Pilot Plan; said substitute plan to be funded and sponsored by UAL Corp, including all qualified

and non-qualified payment amounts, together with a lump-sum benefits payment to each Plaintiff restoring the lost benefits amount from the Date of Plan Termination to the date of partial substitute plan creation; and

d.  Any and all other equitable relief deemed just and proper by the Court.

129.    Pursuant to 29 USC §1332(g)(1) this Court should also award all costs and expenses incurred by Plaintiffs in connection with this action, including reasonable attorney's fees.

### THIRD CAUSE OF ACTION
--Against UAL Corp, the UAL Board Defendants and Does 1-25--
(Violation of ERISA §4042)

130.    Plaintiffs incorporate and re-allege ¶¶ 1- 129, above.

131.    Pursuant to 29 USC §1342(c)(1), a single-employer plan may terminate under a distress termination only if the plan administrator provides the 60-day advance notice of intent to terminate to affected parties (as required by statute); accurate and complete information is submitted to PBGC by the plan administrator under 29 USC §1342(c)(2)(A) to facilitate an informed and correct decision by PBGC regarding the necessary distress criteria to support distress termination of the plan; and if PBGC actually makes a determination of necessary distress criteria under 29 USC §1342(c)(2)(B).

132.    While an employer may initially decide to terminate an ERISA-covered plan as a business decision; its fiduciary duty as administrator of a plan prevents it from making the termination decision based on the intent to deceive or trick plan participants or any government entity, or to conceal material information with respect to such termination decision.  Further, any implementation of such a decision to terminate a plan must be carried out in a fiduciary capacity as plan administrator.

133.   A central obligation of the plan administrator(s) under 29 USC §1342(c)(2)(A) is to provide to PBGC correct and accurate information in such form as may be prescribed by PBGC in regulations, and otherwise in §1342(c)(2)(A), sufficient for PBGC to make accurate and correct determinations under §1342(c)(2)(B) and (D) regarding plan termination.

134.   During or about the relevant time period involving Plan Termination, administrators of the Plan included UAL Corp, the UAL Board Defendants and Does 1-25.

135.   On information and belief, the UAL Board Defendants and Does 1-25 were also personally involved in ULS operations and oversight during or about Plan Termination and thereafter, and had particular knowledge of the estimated value or net worth of ULS.

136.   The Plan Administrators were individually responsible under 29 USC §1342(c)(2)(A) to provide PBGC, in good faith, with correct and accurate information regarding ULS, a controlled entity of UAL Corp, as prescribed by PBGC in Reg. Part 4062, §4062.6, and otherwise in §1342(c)(2)(A), sufficient for PBGC to make accurate and correct determinations under §1342(c)(2)(B) and (D) regarding plan termination, including but not limited to the following net worth information for ULS:

   a.   An estimate, made in accordance with §4062.4, of net worth of ULS on the Net Worth Record Date and a statement, with supporting evidence, of the basis for the estimate.

   b.   A copy of ULS's audited financial statements (or unaudited financial statements if audited statements are not available) for the 5 full fiscal years plus any partial fiscal year preceding the Net Worth Record Date; to include balance sheets, income statements, and statements of changes in financial position, and to be accompanied by annual reports.

   c. A statement of all sales and copies of all offers or agreements to buy or sell at least 25 percent of ULS assets or at least 5 percent of its stock or partnership interest, made on or about the Net Worth Record Date.

   d. A statement of ULS current financial condition and business history.

   e. A statement of ULS business plans, including projected earnings and, if available, dividend projections.

   f. Any appraisal of ULS fixed and intangible assets made on or about the Net Worth Record Date.

137.   On information and belief, the probable net worth of ULS at or about the Date of Plan Termination and the Net Worth Record Date was approximately $7.5 billion.

138.   On information and belief, estimates of the true net worth of ULS at or about DOPT or the Net Worth Record Date were not fully or accurately disclosed by the UAL Defendants, or any of them, to PBGC, or were otherwise concealed by the Defendants, or any of them, from other third parties who reasonably required said valuation information, in violation of disclosure duties under 29 USC §1342.

139.   On information and belief, financial statements of ULS for the 5-year period prior to Date of Plan Termination and/or the Net Worth Record Date, including balance sheets, income statements and changes in financial position, were modified with the knowledge of, or at the direction of UAL Corp and/or Mr. Tilton, to make ULS appear less valuable than it actually was, in violation of disclosure duties under 29 USC §1362.

140.   On information and belief, business plans and projections for ULS as of Date of Plan Termination and/or Net Worth Record Date were modified or withheld in order to conceal the true net worth value of ULS, in violation of disclosure duties under 29 USC §1362.

141.    Plaintiffs are individual Plan Participants and/or beneficiaries who, with respect to the Plan, were adversely affected by the acts and practices of the Defendants, or any of them, in violation of 29 USC §1342, as set forth in ¶¶ 24 - 86, above.  As a result, Plaintiffs have lost benefits otherwise payable and recognizable under the Plan as of the Date of Plan Termination, to the extent not recognized or paid by PBGC in its role as guarantor of the Plan under ERISA Title IV.

142.    Plaintiffs are expressly authorized under 29 USC §1370(a) to bring this cause of action to obtain appropriate equitable relief to redress such violations committed by the UAL Defendants, or any of them.

143.    Appropriate equitable relief may include, but is not limited to:

    a.  Restoration of the Pilot Plan, with respect to Plaintiffs' respective full benefits in effect as of the Date of Plan Termination under the Plan, to UAL Corp, including all qualified and non-qualified payment amounts, together with a lump-sum benefits payment to each Plaintiff restoring the lost benefits amount from the Date of Plan Termination to the date of Plan Restoration; or

    b.  Creation of a "full substitute plan" to replace PBGC benefits and obligations currently in effect; and designed to pay on a going-forward basis all of Plaintiffs' respective full benefits in effect as of the Date of Plan Termination under the Pilot Plan; said substitute plan to be fully-funded and sponsored by UAL Corp, including all qualified and non-qualified payment amounts, together with a lump-sum benefits payment to each Plaintiff restoring the lost benefits amount from the Date of Plan Termination to the date of substitute plan creation; or

    c.  Creation of a "partial substitute plan" designed to pay the difference between (a) PBGC-paid benefits on an ongoing basis and (b) the full value of Plaintiffs' respective benefits in effect as of the Date of Plan Termination under the Pilot Plan; said substitute plan to be funded and sponsored by UAL Corp, including all qualified and non-qualified payment amounts, together with a lump-sum benefits payment to each Plaintiff restoring the lost benefits amount from the Date of Plan Termination to the date of partial substitute plan creation; and

    d.  Any and all other equitable relief deemed just and proper by the Court.

144.  Pursuant to 29 USC §1370(e) this Court should also award all costs and expenses incurred by Plaintiffs in connection with this action, including reasonable attorney's fees.

### FOURTH CAUSE OF ACTION
--Against UAL Corp and ULS--
(Violation of ERISA §4069)

145.  Plaintiffs incorporate and re-allege ¶¶ 1- 144, above.

146.  Pursuant to 29 USC §1369(a), if a principal purpose of any person in entering into any transaction is to evade liability to which such person would be subject under Subtitle D (Subchapter III of Chapter 18 of Title 29, United States Code) and the transaction becomes effective within five years before the terminate date of the pension  plan termination on which such liability would be based, then such person and its controlled group (determined as of the termination date) shall be subject to liability under Subtitle D (Subchapter III of Chapter 18 of Title 29, United States Code) in connection with such termination as if such person were a contributing sponsor of the terminated plan as of the termination date.

147.   UAL Corp was the contributing sponsor of the UAL Pilot Plan on the Date of Plan
Termination, and subject to liability under Subtitle D, Subchapter III of Chapter 18 of Title
29, United States Code.

148.   ULS was a member of UAL Corp's controlled group on the Date of Plan Termination for
the purposes of ERISA, and therefore was also subject to liability under Subtitle D,
Subchapter III of Chapter 18 of Title 29, United States Code.

149.   On information and belief, UAL Corp and ULS entered into certain transactions designed
to understate, conceal and/or obfuscate the true value, estimated value or net worth of ULS in
connection with Plan Termination in order to evade liability to which UAL Corp and/or ULS
would be subject under Subtitle D Subchapter III of Chapter 18 of Title 29, United States
Code; and the said transactions became effective within five years before the Date of Plan
Termination, including, but not limited to:

    a.   On March 21, 2005, just one month before entering an agreement with PBGC to
         terminate the United pension plans and 13 months before Judge Lefkow's order
         giving final termination, Defendants changed the structure of United Loyalty Services
         from a corporation to a limited liability company and caused it to become a subsidiary
         of United Airlines, instead of a direct subsidiary of UAL Corp.  On information and
         belief, this reorganization was done, in part, to obfuscate value of ULS and its
         Mileage Plus program and to impose an additional layer of corporate ownership in an
         effort to further conceal ULS and its assets.

    b.   On information and belief, UAL Corp and/or ULS entered engagements with outside
         professional firms designed to conceal, obfuscate and present in a false light the

accounting records of United Loyalty Services and hide the asset value of Mileage Plus, in the lead-up to Plan Termination.

    c.  On information and belief UAL Corp and ULS undertook other acts or practices designed to understate, conceal and or obfuscate the true value, estimated value or net worth of ULS in order to evade liability for Plan funding in violation of 29 USC §1369(a).

150.    Plaintiffs are individual Plan Participants and/or beneficiaries who, with respect to the Plan, were adversely affected by the acts and practices of UAL Corp and ULS in violation of 29 USC §1369, as set forth in ¶¶ 24 - 86, above.  As a result, Plaintiffs have lost benefits otherwise payable and recognizable under the Plan as of the Date of Plan Termination, to the extent not recognized or paid by PBGC in its role as guarantor of the Plan under ERISA Title IV.

151.    Plaintiffs are expressly authorized under 29 USC §1370(a) to bring this cause of action to obtain appropriate equitable relief to redress such violations committed by UAL Corp and ULS.

152.    Appropriate equitable relief may include, but is not limited to:

    a.  Restoration of the Pilot Plan, with respect to Plaintiffs' respective full benefits in effect as of the Date of Plan Termination under the Plan, to UAL Corp, including all qualified and non-qualified payment amounts, together with a lump-sum benefits payment to each Plaintiff restoring the lost benefits amount from the Date of Plan Termination to the date of Plan Restoration; or

    b.  Creation of a "full substitute plan" to replace PBGC benefits and obligations currently in effect; and designed to pay on a going-forward basis all of Plaintiffs' respective

full benefits in effect as of the Date of Plan Termination under the Pilot Plan; said

substitute plan to be fully-funded and sponsored by UAL Corp, including all qualified

and non-qualified payment amounts, together with a lump-sum benefits payment to

each Plaintiff restoring the lost benefits amount from the Date of Plan Termination to

the date of substitute plan creation; or

c. Creation of a "partial substitute plan" designed to pay the difference between (a)

PBGC-paid benefits on an ongoing basis and (b) the full value of Plaintiffs'

respective benefits in effect as of the Date of Plan Termination under the Pilot Plan;

said substitute plan to be funded and sponsored by UAL Corp, including all qualified

and non-qualified payment amounts, together with a lump-sum benefits payment to

each Plaintiff restoring the lost benefits amount from the Date of Plan Termination to

the date of partial substitute plan creation; and

d. Any and all other equitable relief deemed just and proper by the Court.

153.    Pursuant to 29 USC §1370(e) this Court should also award all costs and expenses

incurred by Plaintiffs in connection with this action, including reasonable attorney's fees.

    **WHEREFORE**, having fully pled its causes of action against Defendants, Plaintiffs seek

relief against defendants as follows:

**For equitable relief**:

a. Restoring the Pilot Plan, with respect to Plaintiffs' respective full benefits in effect as

of the Date of Plan Termination under the Plan, to UAL Corp, including all qualified

and non-qualified payment amounts, together with a lump-sum benefits payment to

each Plaintiff restoring the lost benefits amount from the Date of Plan Termination to

the date of Plan Restoration; or in the alternative,

b. Creating a "full substitute plan" to replace PBGC benefits and obligations currently in effect; and designed to pay on a going-forward basis all of Plaintiffs' respective full benefits in effect as of the Date of Plan Termination under the Pilot Plan; said substitute plan to be fully-funded and sponsored by UAL Corp, including all qualified and non-qualified payment amounts, together with a lump-sum benefits payment to each Plaintiff restoring the lost benefits amount from the Date of Plan Termination to the date of substitute plan creation; or in the alternative,

c. Creating a "partial substitute plan" designed to pay the difference between (a) PBGC-paid benefits on an ongoing basis and (b) the full value of Plaintiffs' respective benefits in effect as of the Date of Plan Termination under the Pilot Plan; said substitute plan to be funded and sponsored by UAL Corp, including all qualified and non-qualified payment amounts, together with a lump-sum benefits payment to each Plaintiff restoring the lost benefits amount from the Date of Plan Termination to the date of partial substitute plan creation; and / or, including Plaintiffs as part of any New UAL Pilot DB Plan, fully respecting all rights and benefits otherwise available to Plaintiffs under the Pilot Plan;

**For an award of all costs and expenses** incurred by Plaintiffs in connection with this action against the UAL Defendants, including reasonable attorney's fees; and together with all other relief deemed just and equitable by this Court.

Respectfully submitted,


_____
DANIEL E. COHEN
D.C. Bar No. 414985

PAUL D. CULLEN, SR.
D.C. Bar No. 100230

Of Counsel:
KEVIN McBRIDE
McBRIDE LAW, PC                          DAVID A. COHEN
609 Deep Valley Drive                    D.C. Bar No. 481747
Suite 200
Rolling Hills Estates, California 90274
(310) 265-4427                           THE CULLEN LAW FIRM, PLLC
                                         1101 30th Street, N.W., Suite 300
                                         Washington, D.C.  20007
                                         (202) 944-8600 (Telephone)
                                         (202) 944-8611 (Telecopier)

                                         Counsel for Plaintiffs


Dated: December 29, 2010