# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| United Pilots for Justice, Inc., et al., ) | |
| ) | **Civil Case No.: 10-2324 (JEB)** |
| Plaintiffs, ) | |
| ) | **Judge Boasberg** |
| v. ) | |
| ) | |
| United Airlines Corporation, et al., ) | |
| ) | |
| Defendants. ) | |

## AGREED MOTION TO DISMISS CASE, WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, the Parties respectfully request that the Court enter the agreed order attached hereto as Exhibit A, dismissing this case with prejudice on the conditions described in the order.  In support of this agreed motion, the Parties state as follows:

1.  Plaintiffs filed their initial complaint on December 30, 2010.  Plaintiffs amended their complaint twice, and the Parties agreed that Defendants would answer or otherwise plead by June 7, 2011.

2.  On June 7, 2011, Defendants filed a Motion to Dismiss this action under Fed. R. Civ. Pro. 12(b)(6), *see* Defs.' Mot. to Dismiss [06/07/2011 Dkt. # 13], and a Motion to Transfer this action to the United States District Court for the Northern District of Illinois under 28 U.S.C. §§ 1404(a) and 1412, *see* Defs.' Mot. to Transfer [06/06/2011 Dkt. # 14].  Plaintiffs opposed these motions, and these motions are pending.

3. Also on June 7, 2011, UAL Corporation and United Loyalty Services (collectively, "United") filed motions to reopen their Chapter 11 cases in the U.S. Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court"), for the purposes that included filing contempt motions against the Plaintiffs and their counsel. The Bankruptcy Court granted United's motion to reopen on August 17, 2011.

4. On August 26, 2011, Plaintiffs filed a motion they titled "Motion for Clarification that the Injunction Provisions of Section 4(E) of the Confirmation Order Do Not Apply to Post Confirmation ERISA Claims." United opposed this motion.

5. United also filed with the Bankruptcy Court the motion for contempt foreshadowed by its motion to reopen, arguing that by filing and prosecuting this lawsuit, the Plaintiffs and their counsel violated and continue to violate the discharge injunction entered by the Bankruptcy Court in its order confirming United's Plan of Reorganization, as well as 11 U.S.C. § 1141. Plaintiffs opposed this motion, and the motions discussed in paragraphs 4 and 5 are both pending before the Bankruptcy Court (although, upon entry of Exhibit A, both will be withdrawn).

6. The Plaintiffs have agreed to dismiss this case with prejudice, and the Parties have agreed on the terms by which this matter will be dismissed, with prejudice. Those terms are reflected in the dismissal order attached as Exhibit A.

WHEREFORE, the Parties respectfully request that the Court enter the order attached hereto as Exhibit A dismissing this case, with prejudice.

Dated: October 20, 2011                    Respectfully submitted,

    /s/  Craig S. Primis
Craig S. Primis
KIRKLAND & ELLIS LLP
655 15th Street N.W.
Washington, DC  20005
(202) 879-5921 (telephone)
(202) 879-5200 (facsimile)

Mark R. Filip
Michael B. Slade
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL  60654
(312) 862-2000 (telephone)
(312) 862-2200 (facsimile)

Counsel for Defendants


    /s/   Kevin McBride
Kevin McBride
MCBRIDE LAW
609 Deep Valley Drive, Suite 200
Rolling Hills Estates, CA  90274

Daniel E. Cohen
The Cullen Law Firm, PLLC
1101 30th Street, NW, Suite 300
Washington, DC  20007-3770

Counsel for Plaintiffs

3

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document and its attachments were served through the Court's electronic filing system and by overnight mail on October 20, 2011, upon:

    Daniel E. Cohen
    Paul D. Cullen, Sr.
    David A. Cohen
    The Cullen Law Firm, PLLC
    1101 30th Street NW, Suite 300
    Washington, DC 20007

    Kevin McBride
    McBride Law, PC
    609 Deep Valley Drive, Suite 200
    Rolling Hills Estates, CA  90274

    Counsel for Plaintiffs

                                              ____ /s/ Craig S. Primis, P.C.