IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United Pilots for Justice, Inc., et al., ) | |
| ) | |
| Plaintiffs, ) | 10-CV-2324 |
| ) | |
| v. ) | **Judge Boasberg** |
| ) | |
| United Airlines Corporation, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## AGREED ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties agree that this case shall be dismissed, with prejudice, on the following conditions:

1. The Parties shall each bear their own costs and attorneys' fees with respect to this action;

2. UAL Corporation and United Loyalty Services (collectively, "United") shall withdraw the motion for contempt filed in the U.S. Bankruptcy Court for the Northern District of Illinois in *In re UAL Corp.*, No. 02-B-48191, against the Plaintiffs and their counsel;

3. Those signing below represent and warrant that they have authority, on behalf of each of their clients, to sign this dismissal;

4. While Defendants believe that they have already been released and forever discharged from the allegations raised in Plaintiffs' Complaint, for the avoidance of any conceivable doubt, the Parties agree and the Court orders that any and all manner of claims, disputes, actions, liabilities, causes of actions, suits, set-offs, counterclaims, demands, or damages, whatsoever, based on any legal or equitable theory, right of action or otherwise (whether arising under contract, federal, state, or local statute or regulation or common law), foreseen or unforeseen, known or unknown, matured or unmatured, accrued or not accrued, which were asserted or could have been asserted by Plaintiffs against the Defendants in connection with the Plaintiffs' Complaint, First Amended Complaint, and Second Amended Complaint, are released and forever discharged;

5. The dismissal of this lawsuit, with prejudice, does not preclude any Party from seeking third party discovery consistent with the applicable law, if relevant, reasonable, and appropriate, in other proceedings;

6. Accordingly, with the conditions above, the Parties agree and the Court orders that the claims raised in the above-captioned action are hereby dismissed, with prejudice, effective immediately.

Dated: October 21, 2011    IT IS SO ORDERED

/s/ James E. Boasberg
Hon. James Boasberg
United States District Judge

AGREED TO BY:

Kevin McBride
MCBRIDE LAW
609 Deep Valley Drive, Suite 200
Rolling Hills Estates, CA 90274

Daniel E. Cohen
The Cullen Law Firm, PLLC
1101 30th Street, NW, Suite 300
Washington, DC 20007-3770

Counsel for Plaintiffs

Craig S. Primis
KIRKLAND & ELLIS LLP
655 15th Street N.W.
Washington, DC 20005

Mark R. Filip
Michael B. Slade
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654

Counsel for Defendants

# LIST OF ATTORNEYS ENTITLED TO NOTICE OF ENTRY OF AGREED ORDER OF DISMISSAL

| | |
|---|---|
| Attorneys for Defendants:<br>United Airlines Corporation, et al. | Craig S. Primis (D.C. Bar No. 454796)<br>KIRKLAND & ELLIS LLP<br>655 15th Street N.W.<br>Washington, DC 20005<br><br>Mark R. Filip<br>Michael B. Slade (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 N. LaSalle<br>Chicago, Illinois 60654 |
| Attorneys for Plaintiffs:<br>United Pilots for Justice, Inc., et al. | Daniel E. Cohen<br>Paul D. Cullen, Sr.<br>David A. Cohen<br>The Cullen Law Firm, PLLC<br>1101 30th Street NW, Suite 300<br>Washington, DC 20007<br><br>Kevin McBride<br>McBride Law, PC<br>609 Deep Valley Drive, Suite 200<br>Rolling Hills Estates, CA 90274 |